**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **National Fish and Seafood Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Gloucester Cold Storage** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-2681848** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11-15 Parker Street**<br>**Gloucester, MA 01930** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Essex** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.nationalfish.com**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **National Fish and Seafood Inc.**                                      Case number (*if known*) _____
           Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4244__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor      **National Fish and Seafood Inc.**                                Case number (*if known*) _____
            Name

**11.  Why is the case filed in *this district?***      *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**          Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

☐  Funds will be available for distribution to unsecured creditors.

■  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **National Fish and Seafood Inc.**                                    Case number (if known)
          Name

▬▬  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**            The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
                             I have been authorized to file this petition on behalf of the debtor.

                             I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                             I declare under penalty of perjury that the foregoing is true and correct.

                             Executed on    **May 29, 2019**
                                            MM / DD / YYYY

                       X   _____                    **Brian Mittman**
                           Signature of authorized representative of debtor     Printed name

                           Title    **Co-Chief Restructuring Officer**


**18. Signature of attorney**   X  _____           Date   **May 29, 2019**
                                   Signature of attorney for debtor         MM / DD / YYYY

                                   **James A. Wright III**
                                   Printed name

                                   **K&L Gates LLP**
                                   Firm name

                                   **State Street Financial Center**
                                   **One Lincoln Street**
                                   **Boston, MA 02111-2950**
                                   Number, Street, City, State & ZIP Code

                                   Contact phone   **(617) 261-3193**     Email address   **james.wright@klgates.com**

                                   **671882 MA**
                                   Bar number and State

Debtor    **National Fish and Seafood Inc.**
Name    Case number (*if known*)

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Pacific Andes International Holdings (BVI) Limited** | Relationship to you | **Corporate Parent** |
| --- | --- | --- | --- |
| District | **Southern District of New York** | When **4/17/17** | Case number, if known | **17-11021** |
| Debtor | **Pacific Andes International Holdings Limited (Bermuda)** | Relationship to you | **Corporate Parent** |
| District | **Southern District of New York** | When **6/30/16** | Case number, if known | **16-11890** |

## UNANIMOUS WRITTEN CONSENT IN LIEU OF A
## MEETING OF THE BOARD OF DIRECTORS OF
## NATIONAL FISH AND SEAFOOD, INC.

### May 22, 2019

**WHEREAS**:    National Fish and Seafood, Inc., a Massachusetts corporation (the "Company"), has experienced financial challenges for several years, which challenges have persisted despite substantial efforts by the Company to restructure its businesses, reduce costs, and eliminate unprofitable business lines;

**WHEREAS**:    In 2017, the Company retained an investment banking firm, SSG Capital Advisors, to assist the Company in pursuing a potential sale of the Company, and the Company and SSG Capital Advisors have explored sales of the Company with numerous different buyers, none of which produced proposals that were both acceptable to the Company and capable of consummation;

**WHEREAS:**    The Company ceased its manufacturing operations and terminated the employment of substantially all its employees on Friday, May 10, 2019;

**WHEREAS:**    National Fish & Seafood Limited, a Hong Kong business entity ("NFS Limited"), is a subsidiary of the Company;

**WHEREAS:**    NFS Limited owes approximately $73 million in principal (plus interest, fees and other charges) to Coöperatieve Rabobank U.A., Hong Kong Branch ("Rabobank") under a Facility Letter Ref. No.: TCF/BH/NFS/201510-01, dated October 8, 2015 (as amended, the "Facility Letter");

**WHEREAS:**    The Company guaranteed all obligations of NFS Limited to Rabobank pursuant to a Guarantee (For Limited Company);

**WHEREAS:**    The Company's obligations to Rabobank as a guarantor of the Facility Letter are secured under a Security Agreement by liens on substantially all of the Company's assets;

**WHEREAS:**    Rabobank has, by notice to the Company and NFS Limited dated April 16, 2019, declared an event of default under the Facility Letter and accelerated the Company and NFS Limited's obligations thereunder;

**WHEREAS:**    Pacific Andes International Holdings Limited (Bermuda) and Pacific Andes International Holdings (BVI) Limited (together, "Pacific Andes") are currently debtors in chapter 11 bankruptcy cases jointly administered as *In re China Fishery Group Ltd. (Cayman)*, et al., Case No. 16-11895 (Bankr. S.D.N.Y.) (the "China Fishery Cases");

**WHEREAS:**    Pacific Andes, through a subsidiary, owns 60% of the equity of the Company;

**WHEREAS:**    The Company and NFS Limited filed a *Motion to Allow Claims as Timely Filed* (the "Claim Motion"), dated January 17, 2019, in the China Fishery Cases, which alleged unsecured claims against Pacific Andes in the amount of $30,812,495.76 (the "Pacific Andes Claims");

**WHEREAS:**    Pacific Andes has objected to the Claim Motion on several grounds, and the Claim Motion has not yet been adjudicated by the U.S. Bankruptcy Court;

**WHEREAS:**    Rabobank has proposed to accept the Pacific Andes Claims subject to a lien of Rabobank in exchange for a partial satisfaction of $7,500,000 of the Company's secured debt obligations to Rabobank under the Guarantee, as set forth in a form of Assignment Agreement (the "Assignment Agreement"), a copy of which has been provided to the Boards of Directors.

**Authorization for Filing Voluntary Petition**
**Under Chapter 7 of the Bankruptcy Code for the Company**

**RESOLVED:**    The Board of Directors of the Company (the "Board"), having been fully apprised of all of the material facts related to the financial condition of the Company, has determined that it is in the best interests of the Company, its creditors, and other parties in interest, that the Company should cease operations and be liquidated under the supervision of the United States Bankruptcy Court;

**RESOLVED:**    That in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest that the Company commence a bankruptcy proceeding (a "Chapter 7 Case") by filing a voluntary petition for relief under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court");

**RESOLVED:**    That the Company's Co-Chief Restructuring Officer, Brian Mittman (an "Authorized Officer"), be, and he is, hereby authorized and directed, in the name of and on behalf of the Company, on a date of his determination, to promptly: (1) prepare the schedules, statements, and other papers he deems necessary or appropriate to commence a Chapter 7 Case for the Company; and (2) execute and verify a petition under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court;

**RESOLVED:**    That the Authorized Officer be, and he is, authorized and directed to execute and file, in the name of and on behalf of the Company, all petitions, agreements, pleadings, and other documents or papers, and to take any and all action that such Authorized Officer deems necessary or appropriate, in connection with the Chapter 7 Case;

2

## Approval of Assignment Agreement with Rabobank

**RESOLVED**:     The Board, having been fully apprised regarding the transaction proposed by Rabobank in the Assignment Agreement, has determined that it is in the best interests of the Company, its creditors, and other parties in interest, that the Company should accept the proposal and proceed with the transaction contemplated therein;

**RESOLVED**:     That the Authorized Officer be, and he is, hereby authorized and directed, in the name of and on behalf of the Company, on a date of his determination (which shall be prior to commencing the Chapter 7 Case for the Company), to promptly execute the Assignment Agreement, with such changes as he deems appropriate, and to implement the transactions contemplated thereby;

## General Authority

**RESOLVED**:     That, in addition to the specific authorizations previously conferred herein upon the Authorized Officer, the Authorized Officer is authorized and directed, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, execute and deliver any and all such petitions, agreements, pleadings, and other documents or papers, and pay all expenses, including all associated fees and expenses of legal and financial advisors as well as filing fees, in each case as in such Authorized Officer's judgment shall be necessary or appropriate to fully carry out the intent and accomplish the purpose of the resolutions adopted herein;

**RESOLVED**:     That all acts, actions, and transactions relating to the matters contemplated by the resolutions herein done in the name of and on behalf of the Company, which acts would have been approved by the resolutions herein except that such actions were taken before these resolutions were approved and adopted by the Board, are hereby in all respects approved and ratified.

303360532 v2

IN WITNESS WHEREOF, the undersigned directors have each executed this Unanimous Written Consent as of the date first written above. This Unanimous Written Consent may be executed in counterparts.

_____
Ng Puay Yee

_____
Ng Joo Kwee

_____
Ng Joo Puay

_____
Bradley E. Scher



IN WITNESS WHEREOF, the undersigned directors have each executed this Unanimous Written Consent as of the date first written above. This Unanimous Written Consent may be executed in counterparts.

_____
Ng Puay Yee

_____
Ng Joo Kwee

_____
Ng Joo Puay

_____
Bradley E. Scher

**IN WITNESS WHEREOF,** the undersigned directors have each executed this Unanimous Written Consent as of the date first written above. This Unanimous Written Consent may be executed in counterparts.

_____
Ng Puay Yee

_____
Ng Joo Kwee

_____
Ng Joo Puay

_____
Bradley E. Scher

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re   **National Fish and Seafood Inc.**

Debtor(s)

Case No.

Chapter    7

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I ____**Brian Mittman**____, *hereby declare(s) under penalty of perjury* that all of the information contained in the Voluntary Petition for Non-Individuals Filing for Bankruptcy and Declaration Under Penalty of Perjury for Non-Individual Debtors (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   5/29/19

Signed: _____

**Brian Mittman, Co-Chief Restructuring Officer**
(Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed: _____

Attorney for Affiant

## United States Bankruptcy Court
### District of Massachusetts

In re    **National Fish and Seafood Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    5/29/19

**Brian Mittman/Co-Chief Restructuring Officer**
Signer/Title

.

A & V TEMPS, INC.
210 BROADWAY
Chelsea, MA 02150

A-C MOTOR EXPRESS, LLC
339-C BLISS STREET
West Springfield, MA 01089

A.B.J. EQUIPFIX, LLC
202 W. LUCAS ST
Castalia, OH 44824

Abel Womack
One International Way
Lawrence, MA 01843

ABEL WOMACK, INC
ONE INTERNATIONAL WAY
Lawrence, MA 01843

ACA FREIGHT FORWARDING INC.
324 BRYANT AVE
Bronx, NY 10474-7113

ACOSTA SALES & MARKETING
PO BOX 281996
Atlanta, GA 30384-1996

Adobe Inc.
345 Park Avenue
San Jose, CA 95110-2704

ADVANTAGE SALES & MARKETING
DBA BEM SALES & MARKETING
PO BOX 744443
Atlanta, GA 30374-4443

AGRESOURCE
110 BOXFORD ROAD
Rowley, MA 01969

Alan Brigham
14 Vine St
Gloucester, MA 01930

ALDI, Inc.
1200 North Kirk Road
Batavia, IL 60510-1477

ALL AMERICAN POLY
P.O. BOX 10148
New Brunswick, NJ 08906

Alpha Chemical Services
46 Morton Street
Stoughton, MA 02072

ALPHA CHEMICAL SERVICES INC
P.O. BOX 431
Stoughton, MA 02072

AMERICA'S LOGISTICS LLC
39170 TREASURY CENTER
Chicago, IL 60694-9100

AMERICAN EXPRESS
P.O. BOX 1270
Newark, NJ 07101-1270

AMERICAN INSULATED
PANEL COMPANY, INC.
75 JOHN HANCOCK ROAD
Taunton, MA 02780

AMERICAN LAZER SERVICES INC
P.O. BOX 376
Beverly, MA 01915

AMERICAN PATRIOT SALES
60 CENTRAL STREET
Norwood, MA 02062

AMERICAN REFRIGERATION
149 RIVER STREET
SUITE 3
Andover, MA 01810

AMERICOLD LOGISTICS, INC.
P.O. BOX 505339
Saint Louis, MO 63150-5339

ANALYTICAL TESTING LAB INC
345 TRAPELO ROAD
Belmont, MA 02478

Andrew Marenghi
8 Columbia Road
Beverly, MA 01915

ANKURA CONSULTING GROUP, LLC
PO BOX 74007043
Chicago, IL 60674-7043

APL
ATTN: FREIGHT CASHIER
116 INVERNESS DR EAST, SUITE 4
Englewood, CO 80112

AQUA ROYALE FOODS, INC
197 W. SPRING VALLEY AVE
Maywood, NJ 07607

ARCTIC FRESH SEAFOOD LLC
10 UNION WHARF
Fairhaven, MA 02719

ARROW PAPER CORP
228 ANDOVER ST
Wilmington, MA 01887

Arrow Paper Corp.
228 Andover Street
Wilmington, MA 01887

Ascentium Capital LLC
23970 HWY 59 N
Kingwood, TX 77339

ASTRO CHEMICALS
126 MEMORIAL DRIVE
Springfield, MA 01102

Barry Shindler
Five Star Kosher
1085 East 3rd Street
Brooklyn, NY 11230

BATSON & ASSOCIATES, LLC
THE CARLIN GROUP
4845 CORPORATE EXCH BLVD SE
Grand Rapids, MI 49512

BATTERY SHOP OF N. E. INC
40 SILVA LANE
Dracut, MA 01826

Benjamin Schwartz
112 Mount Pleasant Street
Gloucester, MA 01930

BENS WALLPAPER & PAINT CO
6 RAILROAD AVE
Gloucester, MA 01930

BIOMARINE INC
16 EAST MAIN STREET
Gloucester, MA 01931-1153

BOYER'S FOOD MARKETS, INC.
1165 CENTRE TURNPIKE-POB 249
Orwigsburg, PA 17961-0249

BUCKEYE BUSINESS PRODUCTS
P.O. BOX 392340
Cleveland, OH 44193

BUTLER-DEARDEN PAPER SERVICE
80 SHREWSBURY STREET
Boylston, MA 01505-1669

C&S Wholesale Grocers, Inc.
7 Corporate Drive
Keene, NH 03431

CAPE ANN CHAMBER OF COMMERCE
33 COMMERCIAL STREET
Gloucester, MA 01930

CAPE ANN LIFT TRUCKS, INC
48 HARRISON AVE
Gloucester, MA 01930

CAPE POND ICE CO., INC
P.O. BOX 440
Gloucester, MA 01930

CARUS CORPORATION
15111 COLLECTIONS CENTER DR
Chicago, IL 60693

Cascade Water Services
113 Bloomingdale Road
Hicksville, NY 11801

CASCADE WATER SERVICES, INC
113 BLOOMINGDALE ROAD
Hicksville, NY 11801

Catania Oils
3 Nemco Way
Ayer, MA 01432-0227

CATANIA SPAGNA
PO BOX J
1 NEMCO WAY
Ayer, MA 01432

CENSEA, INC
400 SKOKIE BLVD
SUITE 110
Northbrook, IL 60062

CHANNEL FISH PROCESSING INC.
P.O. BOX 847109
Boston, MA 02284-7109

CHARM SCIENCES, INC
659 ANDOVER STREET
Lawrence, MA 01843-1032

CINTAS #016
P.O. BOX 630803
LOCATION 016
Cincinnati, OH 45263-0803

CINTAS FIRST AID & SAFETY
LOCATION # 779
P.O. BOX 636525
Cincinnati, OH 45263-6525

CITRIX SYSTEMS INC
P.O. BOX 931686
Atlanta, GA 31193-1686

City of Boynton Beach
Attn:  Tax Business
100 E. Boynton Beach Boulevard
P.O. Box 310
Boynton Beach, FL 33435-0310

City of Brownsville
Attn:  Business Tax Department
1001 E. Elizabeth Street
Brownsville, TX 78520

City of Dallas
Office of the Controller
1500 Marilla Street
Room 2BS
Dallas, TX 75201

CITY OF GLOUCESTER
P.O. BOX 773
Reading, MA 01867-0405

City of Gloucester
Treasurer/Collector
9 Dale Avenue
Gloucester, MA 01930

City of Issaquah
Attn:  Business Tax Department
P.O. Box 1307
Issaquah, WA 98027

CO-Denver Sales/Use Tax Return
P.O. Box 660860
Loveland, CO 80539

COASTAL CORPORATION LTD
COASTAL ANDHRA REGION, #17, NH16
COASTAL ANDHRA REGION, MADHURAWADA
VISAKHAPATNAM AP 530048, INDIA

COLMAR BELTING COMPANY, INC
66 Holton Street
Woburn, MA 01801

COMCAST
PO BOX 70219
Philadelphia, PA 19176-0219

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF PUBLIC HEALTH
DIVISION OF FOOD AND DRUGS
305 SOUTH STREET
Jamaica Plain, MA 02130

Commonwealth of Massachusetts
Department of Unemployment Assistance
Legal Department, 1st Floor, Attn. Chief
19 Staniford Street
Boston, MA 02114-2502

CONSOLIDATED PACKAGING GROUP
30 BERGEN TURNPIKE
Ridgefield Park, NJ 07660

Cooperative Rabobank U.A.
Attn: Janet Ong
32/F Three Pacific Place
1 Queen's Road East
Hong Kong

Cooperative Rabobank U.A., Hong Kong
245 Park Avenue
New York, NY 10036

Crown Equipment Corporation
P.O. Box 641173
Cincinnati, OH 45264-1173

CROWN LIFT TRUCKS
P.O. BOX 641173
Cincinnati, OH 45264-1173

CRUISE MARKETING IA
5512 NE 17TH STREET
Des Moines, IA 50313

CRUISE MARKETING MO
5512 NE 17TH STREET
Des Moines, IA 50313

CRUISE MARKETING NE
5512 NE 17TH STREET
Des Moines, IA 50313

Crustrade PTE LTD
Kurt S. Olson
Olson & Olson P.A.
500 Federal Street
Andover, MA 01810

Crustrade PTE LTD
101 Cecil Street
#10-01 Tong East Building
Singapore 069533

CT CORPORATION SYSTEMS
P.O. BOX 4349
Carol Stream, IL 60197-4349

CT Corporation, as representative
330 N. Brand Blvd.
Suite 700, Attn: SPRS
Glendale, CA 91203

CUSTOM SEASONINGS INC
12 HERITAGE WAY
Gloucester, MA 01930

D & H MARKETING, INC.
PO BOX 1229
Burgaw, NC 28425

DAILY PRINTING, INC.
25 WEST STREET
Beverly, MA 01915

Danvers-T, Inc.
998 Andover Street
Danvers, MA 01923

DAVE'S FRESH MARKETPLACE
1000 division street suite 20
East Greenwich, RI 02818

DAVID VENTOLA
1580 HILLVIEW DR
Sarasota, FL 34239

DEE & L, LLC
PO BOX 3431
Bayonne, NJ 07002

DELTA BLUE AQUACULTURE PARTNER
1360 SOUTH REDWOOD RD
SUITE 210
Salt Lake City, UT 84104

DELTA TRAK
P.O. BOX 4115
Modesto, CA 95352

Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Department of Revenue
PO Box 47464
Olympia, WA 98504-7464

DHL EXPRESS (USA), INC
16592 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

DIRECT ENERGY BUSINESS
P.O. BOX 32179
New York, NY 10087-2179

Dr. Praeger's Purely Sensible Foods Inc.
9 Boumar Place
Elmwood Park, NJ 07407

E CRUZ ELECTRIC INC.
9 LIMEWOODS DR.
Saugus, MA 01906

E.D.A. Inc.
P.O. Box 328
Mansfield, MA 02048

EAN SERVICES LLC
SERVICING NATIONAL CAR RENTAL
P.O. BOX 402383
Atlanta, GA 30384-2383

EARLS LOCK SHOP
P.O. BOX 28
Gloucester, MA 01930

EBP SUPPLY SOLUTIONS INC.
200 RESEARCH DRIVE
Milford, CT 06460

ECIC
Credit Insurance

EDA, INC.
P.O. BOX 328
Mansfield, MA 02048

ELECTRIC SUPPLY CENTER
200 MIDDLESEX TURNPIKE
Burlington, MA 01803

ELM CITY CHEESE CO. INC
2240 STATE STREET
Hamden, CT 06517

EMPIRE MARKETING STRATEGIES
11243 CORNELL PARK DRIVE
Cincinnati, OH 45242

ENDICO POTATOES INC
160 NORTH MACQUESTEN PARKWAY
Mount Vernon, NY 10550

ENGIE RESOURCES
P.O. BOX 9001025
Louisville, KY 40290-1025

EQUATOR - DESIGN US, INC.
CIVIC OPERA BUILDING
20 N. WACKER DRIVE
STE 2200
Chicago, IL 60606

ESSEX FOOD INGREDIENTS
PO BOX 824208
Philadelphia, PA 19182-4208

ESSEX SERVICE COMPANY INC
P.O. BOX 83
Essex, MA 01929

EVERGREEN AQUATIC PRODUCTS
SCIENCE AND TECHNOLOGY CO LTD
NORTHERN RUIYUN ROAD
MAZHANG ECONOMIC DEVELOPMENT
ZHANJIANG CITY, GUAO, NY 11111

F. MURPHY & SONS CLEAN CO INC
23 CRANBERRY LANE
Middleton, MA 01949

F. W. WEBB
160 MIDDLESEX TURNPIKE
Bedford, MA 01730

FASTENAL COMPANY
PO Box 1286
Winona, MN 55987-1286

FAVORITE BROKERS
508 NORTH AVENUE
New Rochelle, NY 10801

FEDERAL EXPRESS CORPORATION
P.O. BOX 371461
Pittsburgh, PA 15250-7461

FIVE STAR KOSHER LLC
1085 EAST 3RD STREET
Brooklyn, NY 11230

Florida Tax Collector
101 S. Washington Boulevard
Sarasota, FL 34236-6993

FLS TRANSPORTATION
SERVICES, INC
400 Ste-Croix Avenue
H4N 3L4
MONTREAL, QC

FOLENE PACKAGING LLC
PO BOX 300965
MIDWOOD, NY 11230

FOX TRUCKING INC
29920 DOVER ROAD
Easton, MD 21601

FPS FOOD PROCESS SOLUTIONS COR
7431 NELSON ROAD
UNIT 130
RICHMOND, BRITISH COLUMBIA VGW1G3
CANADA

FREEZE PAK STORAGE
760B PORT CARTERET DRIVE
Carteret, NJ 07008

FREUND'S FISH MARKET
13TH AVENUE FISH MARKET
4301 15TH AVENUE
BROOKLYN, NY 11219
Brooklyn, NY 11219

FROMMELT DOCK & DOOR, INC
184 MAIN ST
NO. READING, MA 01968

FSE, INC.
PO BOX 95026
Chicago, IL 60694-5026

GEA REFRIGERATION
NORTH AMERICA, INC
P. O. BOX 13383
Newark, NJ 07101-3383

GENERAL ENVIRONMENTAL SERVICES
930 EASTERN AVENUE
Malden, MA 02148

General Environmental Services, Inc.
930R Eastern Avenue
Malden, MA 02148

GLOUCESTER RENTAL CENTER INC
32 MAPLEWOOD AVE
Gloucester, MA 01930

GLUE-FAST EQUIPMENT CO. INC
3535 RT 66
BLDG 1
Neptune, NJ 07753

GOAL LINE FOODS, LLC
203 JACKSON STREET #204
Anoka, MN 55303

GOOD LUCK PRODUCT CO. LTD.
69/9 MOO 1 EKACHAR RD
T THAJEAN MUANG
SAMUTSAKOM 74000
THAILAND

GORTON'S OF GLOUCESTER
128 ROGERS ST
Gloucester, MA 01930

Gortons Inc.
128 Rogers Street
Gloucester, MA 01930

GOURMET TOAST CORP
38 STEUBEN ST.
Brooklyn, NY 11205

GRAPHIC PACKAGING INTL
SAP LOCKBOX
PO BOX 404170
Atlanta, GA 30384-4170

Grasso Foods Inc.
9 Ogden Road
Swedesboro, NJ 08085

GRASSO FOODS, INC
P.O BOX 127
Swedesboro, NJ 08085

GREENWAY MARKETING & PACKAGING
P.O. BOX 700
Sunapee, NH 03782

GRUNFELD DESIDERIO LEBOWITZ
SILVERMAN & KLESTADT LLP
599 LEXINGTON AVENUE, FL 36
New York, NY 10022-7648

H&M TRANSPORT INC
P.O. BOX 418578
Boston, MA 02241-8578

HALLEY ELEVATOR CO.
11 TYNG STREET
Newburyport, MA 01950

Harris County Texas
Jan 1 2019 Excise Tax

HAYSSEN, INC
HAYSSENSANDIACRE
225 SPARTANGREEN BLVD
Duncan, SC 29334

HIGGINS SCALE SERVICE
P.O. BOX 8472
Salem, MA 01971

HOME DEPOT
CREDIT SERVICES
DEPT 32-2505110779
PO BOX 78047
Phoenix, AZ 85062-8047

Hong Kong Export Credit Insurance Corp.
2/F Tower 1, South Seas Centre
75 Mody Road
Tsimshatsui East
Kowloon, Hong Kong

Howard Rosenberg
Kreinces & Rosenberg, P.C.
900 Merchants Concourse, Suite 305
Westbury, NY 11590

HP HOOD LLC
HP Hood LLC
PO BOX 4060
Gloucester, MA 01930

HUB FOLDING BOX CO INC.
774 NORFOLK STREET
Mansfield, MA 02048

Hub Folding Box Co., Inc.
774 Norfolk Street
Mansfield, MA 02048

HUGHES SALES, INC.
9650 SANTIAGO ROAD
SUITE 106
Columbia, MD 21045

HYDRANGEA LANDSCAPING
P.O. Box 3232
Gloucester, MA 01930

IMAGE COMMUNICATIONS
128K HALL ST
Concord, NH 03301

INDUSTRIAL TIRE SALES, INC
7 GRANT AVE
Burlington, MA 01803-2192

INFOR (US), INC
NW 7418
P.O. BOX 1450
Minneapolis, MN 55485-7418

INFORMATION RESOURCES, INC
4766 PAYSPHERE CIRCLE
Chicago, IL 60674

INGERSOLL-RAND
15768 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

INNOVATIVE LABEL
PO BOX 731
Germantown, WI 53022

INNOVATIVE PLASTICS CORP.
400 ROUTE 303
Orangeburg, NY 10962

Innovative Plastics Corp.
400 NY-303
Orangeburg, NY 10962

INSTANT SIGNAL &ALARM CO., INC
303 HIGHLAND AVENUE
Salem, MA 01970-1890

INTEGRITY FOOD MARKETING
487 DEVON PARK DRIVE
SUITE 210
Wayne, PA 19087

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERSTATE WAREHOUSING LLC
DEPT 78743
P.O. BOX 78000
Detroit, MI 48278-0743

J&D TRANSPORTATION INC.
P.O. BOX 313
Scituate, MA 02066

J.R.M. Hauling & Recycling
265 Newbury Street
Peabody, MA 01960-1315

Jack Arthur Ventola (97550038)
FMC Devens
Federal Medical Center, Satellite Camp
P.O. Box 879
Ayer, MA 01432

JACK VENTOLA
11-15 PARKER STREET
Gloucester, MA 01930

Jack Ventola
c/o Gottlieb & Janey LLP
Attn: Derrelle M. Janey
111 Broadway, Suite 701
New York, NY 10006

JAQUITH CARBIDE CORP
31 TURNPIKE ROAD
Ipswich, MA 01938

Jason Brown
155 Washington Street
Salem, MA 01970

JERGENS INC
P.O. BOX 931344
Cleveland, OH 44193

JIMARY Land Trust LLC
P.O. Box 206
Gloucester, MA 01930

JOHN BEAN TECHNOLOGIES CORP
7002 SOLUTIONS CENTER
Chicago, IL 60677-7000

JONES BOYS INSULATION
110 PERIMETER ROAD
Nashua, NH 03063

KERRY INGREDIENTS
P.O. BOX 409141
Atlanta, GA 30384-9141

Lauren Satterfield
13 Homestead Ct.
Saint Charles, MO 63303

LEHIGH OUTFITTERS, LLC
EAST CANAL STREET
Nelsonville, OH 45764

Len Wallace
US EPA Region 1
5 Post Office Square, Suite 100
Boston, MA 02109

LINDSKOG BALANCING
1170 MASSACHUSETTS AVE
Boxborough, MA 01719

Lisa Faro
22 Grandhill Drive
Dover, MA 02030

LIVINGSTON
150 PIERCE ROAD, SUITE 500
Itasca, IL 60143-1222

LOFTWARE, INC.
166 CORPORATE DRIVE
Portsmouth, NH 03801

LOMA SYSTEMS, INC
39425 TREASURY CENTER
Chicago, IL 60694-9400

LT Brandon Aten
United States Coast Guard
Chief, Incident Management Division
427 Commercial Street
Boston, MA 02109-1027

Mac Acquisition L.L.C.
6820 LBJ Freeway
Dallas, TX 75240

MAILFINANCE
DEPT 3682
PO BOX 123682
Dallas, TX 75312-3682

MARINE STEWARDSHIP COUNCIL
MARINE HOUSE
1 SNOW HILL
LONDON, EC1A2DH
UNITED KINGDOM

MARITIME PRODUCTS INT.
P.O. BOX 120103
Newport News, VA 23612

MARKEM-IMAJE CORPORATION
P.O. BOX 3542
Boston, MA 02241

MARKHAM METALS
P. O. BOX 783
Wilmington, MA 01887

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

MASSACHUSETTS DEPT OF REVENUE
P.O. BOX 7089
Boston, MA 02241-7089

Massachusetts Dept. of Public Health
Michael J. Moore, Director
305 South Street
Jamaica Plain, MA 02130

MASTER PACKAGING INC.
333 ADELARD-SAVOIE BLVD
DIEPPE, NB
E1A 7G9
CANADA

Matthew O'Donnell
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, NY 10036

McCarthy Burgess & Wolf
c/o Teri Scharf
26000 Cannon Road
Bedford, OH 44146

MCDERMOTT WILL & EMERY LLP
P.O. BOX 6043
Chicago, IL 60680-6043

MCMASTER CARR SUPPLY COMPANY
P. O. BOX 7690
Chicago, IL 60680-7690

MEGACORP LOGISTICS, LLC
P.O. BOX 1050
Wrightsville Beach, NC 28480

MERRIMACK ENVIRONMENTAL LLC
61 LINCOLNSHIRE DRIVE
Haverhill, MA 01835

METHUEN CORPORATION
POLLUTION CONTROL SYSTEM MAINT
31 TOBEY AVE
Methuen, MA 01844

Michael Bruno
48 Ellis Farm Lane
Melrose, MA 02176

MOTION INDUSTRIES INC
P.O. BOX 415749
Boston, MA 02241

National Fish & Seafood Limited
32/F Hong Kong Plaza
188 Connaught Road West
Hong Kong

NATIONAL GRID
P.O. BOX 11737
Newark, NJ 07101-4735

NEOGEN CORPORATION
25153 NETWORK PLACE
Chicago, IL 60673-1251

NEOPOST INC.
p.o. box 30193
Tampa, FL 33630-3193

NEW ENGLAND FIRE PATROL
117 LANCASTER STREET
Quincy, MA 02169

NEW SOUND TRANSPORTATION, LLC
c/o ORANGE COMMERCIAL CREDIT
P.O. BOX 11099
Olympia, WA 98508-1099

Newly Weds Foods
4140 W. Fulerton Avenue
Chicago, IL 60639

NEWLY WEDS FOODS, INC.
70-80 GROVE ST
Watertown, MA 02472

Nitco Fleet Services
c/o Northland Indus. Truck Co., Inc.
6 Jonspin Road
Wilmington, MA 01887

North Shore Mini Storage, Inc.
444 Essex Avenue
Gloucester, MA 01930

NORTHEAST ELECTRICAL
DISTRIBUTERS
P.O. BOX 415931
Boston, MA 02241-5931

NORTHEAST ENVIRONMENTAL
LABORATORY, INC
41 DAYTON STREET
Danvers, MA 01923

NORTHERN OCEAN MARINE INC
7 PARKER STREET
Gloucester, MA 01930

NORTHLAND INDUSTRIAL TRUCK INC
P.O. BOX 845534
Boston, MA 02284-5534

NOTHUM MANUFACTURING CO. INC.
1368 E. KINGSLEY STREET
STE C
Springfield, MO 65804

NRC EAST ENVIRONMENTAL
SERVICES, INC
19 NATIONAL DRIVE
Franklin, MA 02038

NSDJ Real Estate LLC
613 Pleasant Street
East Weymouth, MA 02189

NSDJ REAL ESTATE, LLC
613 PLEASANT STREET
East Weymouth, MA 02189

NU PRODUCTS SEASONING CO.
20 POTASH ROAD
Oakland, NJ 07436

NWD INCORPORATED
100 DUCHAINE BOULEVARD
P.O. BOX 50821
New Bedford, MA 02745

Occupational Safety and Health Admin.
Shattuck Office Center
138 River Road, Suite 102
Andover, MA 01810

OCEAN EXPRESS LLC
60 MEAD STREET
Seekonk, MA 02771

OCEAN INCORPORATION LIMITED
TUNG CHE COMM CENTRE
ROOM 2308
246 DES VOEUX ROAD WEST
HONG KONG

OCEAN RIDGE CAPITAL
ADVISORS, LLC
56 HARRISON ST., SUITE 203A
New Rochelle, NY 10801

OCEAN STAR DEVELOPMENT INC
15/B-15/F CHEUK NANG PLAZA
250 HENNESSY ROAD
HONG KONG

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108

Office of the Texas Attorney General
Attn: Ken Paxton
PO Box 12548
Austin, TX 78711-2548

One Kondelin Road Realty Trust
c/o Stavros Agganis
394 Lincoln Avenue
Saugus, MA 01906

ONE KONDELIN ROAD, LLC
C/O STAVROS AGGANIS
394 LINCOLN AVENUE
Saugus, MA 01906

OOCL
4782 PAYSPHERE CIRCLE
Chicago, IL 60674

ORNUA INGREDIENTS NA
n7630 COUNTY HIGHWAY BB
Hilbert, WI 54129

OT Deliveries
4 Briarcliff Dr
Monsey, NY 10952

OXFORD GRAPHICS
PO BOX 1000
DEPT #0114
Memphis, TN 38148-0114

Oxford Graphics LLC
P.O. Box 1000
Dept. #00014
Memphis, TN 38148-8011

Pacific Andes International Holdings
32/F Hong Kong Plaza
188 Connaught Road West
Hong Kong

PATRIOT PLASTICS, INC.
16 FOWLE STREET
Woburn, MA 01801

PEARCE PROCESSING SYSTEMS, INC
P.O. BOX 386
Beverly, MA 01915

PERISHABLE SALES INC.
165 HANSON COURT
Wood Dale, IL 60191

POLA MINERALS LTD
FACTORY ROAD
BLAYDON ON TYNE
TYNE & WEAR NE215SA
UNITED KINGDOM

PQ SYSTEMS
P.O. BOX 750010
Dayton, OH 45475-0010

PREFERRED CHICAGO III, LLC
2357 S. WOOD STREET
Chicago, IL 60608

PREFERRED FREEZER ATLANTA WEST
737 DOUGLAS HILL ROAD
Lithia Springs, GA 30122

PREFERRED FREEZER SERVICES LLC
536 FAYETTE STREET
Perth Amboy, NJ 08861

PREMIER SALES SOLUTIONS - WEST
PO BOX 776111
Chicago, IL 60677-6111

PRESSED PAPERBOARD TECH
30400 TELEGRAPH RD, SUITE 385
Franklin, MI 48025

PREVARE LLC
100 CUMMINGS CENTER
Beverly, MA 01915

PROGRESS PALLET INC.
98 WEST GROVE STREET
Middleboro, MA 02346

PROTECTION ONE
P.O BOX 219044
Kansas City, MO 64121-9044

PT Bumi Menara Internusa
Jalan Margomulyo 4E
Surabaya, East Java 60187
Indonesia

PT Bumi Menara Interusa
Kurt Olson
Olson & Olson P.A.
500 Federal Street
Andover, MA 01810

PV TRANSPORT INC
ATT: ACCOUNTS RECEIVABLE
P.O. BOX 900
Hatfield, PA 19440-0900

PYRAMID TRANSPORT INC
18119 SUSSEX HIGHWAY, UNIT 2
Bridgeville, DE 19933

QUADRANT HEALTH SERVICES, INC
500 CUMMINGS CENTER S-4350
Beverly, MA 01915

R. JAY & ASSOCIATES
PO BOX 390
WEEDSPORT, NY 13116

RAQUE FOOD SYSTEMS, INC
11002 DECIMAL DR
P.O. BOX 99594
Louisville, KY 40269-0594

Raymond Leasing Corporation
22 South Canal Street
Greene, NY 13778

READY REFRESH BY NESTLE
A DIVISION OF NESTLE WATERS
NORTH AMERICA INC.
P.O. BOX 856192
Louisville, KY 40285-6192

RECONSERVE OF NEW JERSEY, INC
26607 NETWORK PLACE
Chicago, IL 60673-1266

REDDY RAW
1 ETHEL BLVD
Wood Ridge, NJ 07075

REGAL SPRINGS TRADING CO
PO BOX 850001 - FRESH FISH
Orlando, FL 32885-0183

Richard Morales
79 Bow Ridge Rd
Lynn, MA 01904

RIPTIDE FOODS
32980 ALVARADO NILES RD.
SUITE 810
Union City, CA 94587

RISO PRODUCTS OF BOSTON
P.O. BOX 843001
Boston, MA 02284-3001

Robert Reiser & Co., Inc.
725 Deham Street
Canton, MA 02021

ROD INTERNATIONAL
5701 S. EASTERN AVENUE
SUITE 245
Los Angeles, CA 90040

RONALD POTORSKI
15 NICKERSON ROAD
Peabody, MA 01960

ROSE'S OIL SERVICE INC
375 MAIN ST
P.O. BOX 1346
Gloucester, MA 01930

S.BERTRAM INC.
3401 TREMLEY POINT ROAD
Linden, NJ 07036

SCHERZER & ASSOCIATES
8801 BALLENTINE ST
SUITE 100
Overland Park, KS 66214

SCOTT ENERGY CO. INC.
P.O. BOX 1429
Gloucester, MA 01931-1429

SEABOARD FOLDING BOX CO INC
PO BOX 650
Westminster, MA 01473

SEAFAX
P.O. BOX 15340
Portland, ME 04112-5340

Second Floor clearning
Second floor clearing for week ending 4/

Secretary of the Commonwealth
Corporations Division
McCormack Building
One Ashburton Place, 17th floor
Boston, MA 02108

SHANKLIN CORPORATION
P.O.BOX 406735
Atlanta, GA 30384-6735

SHS LLC
TY PAZIAN
11025 BLANCHARD RD
Holland, NY 14080

SIEGEL EGG COMPANY
SIEGEL EGG COMPANY
90 SALEM ROAD
North Billerica, MA 01862

SILVA BROS. PLUMBING &
HEATING INC.
10 CLEVELAND PLACE
Gloucester, MA 01930

SMITH HARDWARE & LUMBER
HOMETOWN ACE HARDWARE
P.O. BOX 119
Rockport, MA 01966

SOMMER MAID CREAMERY
6069 KELLERS CHURCH ROAD
PIPERSVILLE, PA 18901

SPEEDWAY WELDING SUPPLY
160 COUNTY ROAD
Gloucester, MA 01930

SPIRIT TRANSPORT
6 BARNES CIRCLE
Salem, MA 01970

SPIRIT TRANSPORT INC.
6 BARNES CIRCLE
Salem, MA 01970

SPRINT SOLUTIONS INC.
P.O. BOX 54977
Los Angeles, CA 90054-0977

SPX FLOW TECHNOLOGY
P.O. BOX 277886
Atlanta, GA 30384-7886

SSG ADVISORS, LLC
300 BARR HARBOR DRIVE,
5 TOWER BRIDGE, SUITE 420
WEST CONSHOHOCKEN, PA 19428

STANDARD ELECTRIC SUPPLY CO
P.O. BOX 788666
Philadelphia, PA 19178-8500

STAPLES ADVANTAGE
DEPT BOS
P.O. BOX 105638
Atlanta, GA 30348-5638

STATE OF VERMONT
VERMONT AGENCY OF NATURAL
RESOURCES
1 NATIONAL LIFE DRIVE, MAIN 2
Montpelier, VT 05620-3521

STEWART-HUNT, INC
P.O. BOX 227
Portland, ME 04112-0227

STROZ FRIEDBERG, LLC
32 AVENUE OF THE AMERICAS
4TH FLOOR
New York, NY 10013

SUNNYVALE SEAFOOD
2910 FABER ST
Union City, CA 94587

Sysco Boston LLC
99 Spring Street
Plympton, MA 02367

T. HASEGAWA USA INC
14017 E. 183RD STREET
Cerritos, CA 90703

TALLY'S
2 WASHINGTON STREET
Gloucester, MA 01930

Texas Comptroller of Public Accounts
Capitol Station
Austin, TX 78711-3528

THE NIELSEN COMPANY
P.O. BOX 88956
Chicago, IL 60695-8956

THE WESTIN BOSTON WATERFRONT
425 SUMMER ST
Boston, MA 02210

TOTAL QUALITY LOGISTICS
P.O. BOX 634558
Cincinnati, OH 45263-4558

TOTAL QUALITY LOGISTICS, INC
P.O. BOX 634558
Cincinnati, OH 45263-4558

Toyota Financial Services
P.O. Box 22202
Owings Mills, MD 21117-1397

Travelers Casualty and Surety Company
One Tower Square
Hartford, CT 06183

TRUCKCOURIER, INC.
P.O. BOX 2760
52 DRAGON COURT
Woburn, MA 01888

U.S. CUSTOMS AND BORDER PROTECTION
P.O. BOX 979126
Saint Louis, MO 63197-9000

U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Labor
OSHA
200 Constitution Avenue, N.W.
Washington, DC 20210

U.S. Environmental Protection Agency
Region 1
5 Post Office Square, Ste. 100
Mail Code: OES04-4
Boston, MA 02109-3912

U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

ULTRASOURCE LLC
1414 WEST 29TH STREET
Kansas City, MO 64108-3604

UNICORR / CONNECTICUT CONTAINE
4282 PAYSPHERE CIRCLE
Chicago, IL 60674

Unicorr Packaging Group
455 Sackett Point Road
North Haven, CT 06473

United States Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
Cincinnati, OH 45999-0039

UNIVERSAL POULTRY PRODUCTS
25 COLPITTS RD
P.O. BOX 135
Weston, MA 02493

URNER BARRY PUBLICATIONS, INC
P.O. BOX 389
Toms River, NJ 08754-0389

USI INSURANCE SERVICES LLC
P.O. BOX 62937
Virginia Beach, VA 23466

VERITIV OPERATING CO.
DBA UNISOURCE
7472 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

VERITIV OPERATING CO.
DBA XPEDX
PO BOX 644520
Pittsburgh, PA 15264-4520

VERIZON NY
P.O. BOX 15124
Albany, NY 12212-5124

VERSACOLD LOGISICS
P.O. BOX 6428
STATION TERMINAL
VANCOUVER, BC V6B6R3
CANADA

VERSACOLD LOGISTIC SERVICES UL
P.O. BOX 6428
STATION TERMINAL
VANCOUVER, BC V6B6R3
CANADA

W. B. MASON CO., INC.
P.O. BOX 981101
Boston, MA 02298-1101

Walmart Inc.

WASTE MANAGEMENT
OF MASSACHUSETTS
P.O. BOX 13648
Philadelphia, PA 19101-3648

Wells Fargo Bank N.A.
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

WELLS FARGO EQUIPMENT FINANCE
MANUFACTURER SERVICES GROUP
P.O. BOX 7777
San Francisco, CA 94120-7777

Wells Fargo Equipment Finance
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

WESTROCK COMPANY OF CANADA INC
433, 2 E AVENUE
SAINT MARIE, QUEBEC
G6E 3H2
CANADA

WILCOX MARKETING, INC.
701 EDGEWOOD ROAD
PO BOX 1019
Wilkesboro, NC 28697

WILLIAMSON NEW ENGLAND
P.O. BOX 6265
Chelsea, MA 02150

WIND RIVER ENVIRONMENTAL, LLC
46 LIZOTTE DR SUITE 1000\
Marlborough, MA 01752

WIRE BELT CO. OF AMERICA
P.O. BOX 845214
Boston, MA 02284-5214

WORLDWIDE EXPRESS
PO BOX 21272
New York, NY 10087

WS PACKAGING GROUP
7500 INDUSTRIAL ROW DRIVE
Mason, OH 45040-1307

ZEP MANUFACTURING COMPANY
P.O. BOX 3338
Boston, MA 02241-3338

ZHOU INTERNATIONAL CORP
4200 FACTONIA BLVD SE
SUITE B11
Bellevue, WA 98006