## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |
|---|---|
| In re | **Chapter 7** |
| **NATIONAL FISH & SEAFOOD, INC.**[1] | **Case No. _____** |
| **Debtor.** | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtor (the "Debtor"), with the assistance of counsel, has prepared its respective schedules of assets and liabilities (the "Schedules") and statement of financial affairs (the "SOFA") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  These Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and SOFA (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.[2]

The Schedules and SOFA are unaudited.  While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA.  Moreover, because the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFA are wholly accurate and complete.

## Global Notes for the Schedules and SOFA

1.  **Basis of Presentation**.  The Schedules and SOFA reflect the assets and liabilities of the Debtor based on its unaudited accounting records.  The aggregate asset values and claim amounts set forth in the Schedules and SOFA do not purport to represent financial statements prepared in accordance with the Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to any financial statements prepared by the Debtor.

---

[1]  The Debtor in this chapter 7 case is National Fish and Seafood, Inc. (tax ID 04-2681848).  The Debtor's service address is 11-15 Parker Street, Gloucester, Massachusetts 01930.

[2]  These Global Notes are in addition to any specific notes contained in the Schedules and SOFA.

2.   **Article 9 Sale of Substantially All Assets**.  On May 22, 2019, pursuant to a Secured Party Bill of Sale, Assignment and Assumption Agreement, and Trademark Assignment by and between Coöperative Rabobank U.A. (formerly known as Coöperative Centrale Raiffesien Boerenlennbank B.A.), Hong Kong Bank ("Assignor" or "Rabobank") as secured party seller of certain collateral of the Debtor and NSD Seafood Inc., a Massachusetts corporation having an address at 159 East Main Street, Gloucester, MA 01930 ("Buyer"), substantially all of the Debtor's inventory, equipment, intellectual property, office furniture and electronics, accounts receivable, and leasehold interest in 159 East Main Street, Gloucester, were transferred to Buyer, in exchange for Buyer's cash payment of $3,000,000, less adjustments agreed to at the closing, to Assignor (the "Article 9 Sale").  Items excluded from the Article 9 Sale included personal property leased from third parties or subject to a purchase money security interest, cash, insurance policies, claims for tax refunds, and commercial tort claims.  The Article 9 Sale was conducted pursuant to Section 9-610 of the Uniform Commercial Code in effect in the Commonwealth of Massachusetts.  Reflective of the Article 9 Sale, the Debtor has listed its few remaining assets on Schedule A/B and has appended copies of the Article 9 Sale documents and itemized schedules of the property sold to the Buyer in response to Question 5 on the SOFA.

3.   **National Fish and Seafood LTD**.  In the late 1990s, Pacific Andes International Holdings (Bermuda) ("PAIH") obtained a controlling 60% stake in the Debtor through a wholly-owned subsidiary, Peaksville Limited (UK).  Shortly thereafter, the Debtor entered into a banking relationship with Rabobank.  Rabobank provided one or more deposit accounts and borrowing facilities to the Debtor from its Hong Kong Branch (the "Rabobank Facility").  In connection with the Rabobank Facility, National Fish and Seafood Limited ("NFS LTD"), a business entity organized under the laws of Hong Kong, was established as the borrower under the Rabobank Facility.  NFS LTD is a subsidiary of the Debtor.[3]  NFS LTD is the nominal owner of the Rabobank accounts disclosed on Schedule A/B.

The Rabobank Facility provided liquidity to the Debtor.  Rabobank would advance funds to an NFS LTD account on a weekly basis against accounts receivable that the Debtor generated by sales of its seafood products.  At the request of the Debtor, funds would be transferred from the NFS LTD account to operating accounts maintained by the Debtor in the United States.  Collections from accounts receivable generated by the Debtor were deposited into a lockbox account in the United States and periodically "swept" by Rabobank into an NFS LTD account at Rabobank in Hong Kong.  In connection with these practices, NFS LTD was sometimes listed as the customer on purchase orders for inventory issued by the Debtor and as the payee on invoices generated by the Debtor for its seafood products.  Notwithstanding these references to NFS LTD, to the Debtor's knowledge, NFS LTD has never had employees, has conducted no business, and its accounts were consolidated with the Debtor's books and records.  The Debtor has taken the position that all the cash in Rabobank accounts, and all assets, are property of the Debtor and has disclosed them accordingly in the Schedules and SOFA.

---

3  NFS LTD's most recent Annual Return filed in Hong Kong discloses that one share of the company is held by the Debtor and one share is held by Pacific Andes International Holdings (BVI) Limited ("PAIH BVI").  The Debtor understands that PAIH BVI may hold this share in trust for the Debtor in accordance with Hong Kong corporate law, but the Debtor has been unable to identify trust documents reflecting this relationship.

4.   **The Pacific Andes Claims**.  On June 30, 2016, PAIH and several of its affiliates filed petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  On January 17, 2019, the Debtor filed two proofs of claim against PAIH and a co-debtor for not less than $30,812,495.76 (the "Pacific Andes Claims").  Presently, the Pacific Andes Claims are the subject of a motion to allow late-filed claims pending in the bankruptcy case.  *See* Case No. 16-11895; Docket No. 1439.  On May 23, 2019, the Debtor assigned the Pacific Andes Claims to Rabobank in exchange for a $7.5 million reduction of the Rabobank debt.  This transaction is disclosed in the supplement to Question 5 of the SOFA.

5.   **Assumptions and Reservation of Rights.**  The preparation of the Schedules and SOFA required the Debtor to make assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and SOFA, and the reported amounts of revenues and expenses during the reporting period.  The claims of individual creditors are listed by the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor.

6.   **Contracts and Leases**.  Although the Debtor's management relied upon existing books, records, and financial systems to identify and schedule executory contracts and unexpired leases and diligent efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusion may have occurred.

7.   **Current Market Value of Assets/Unknown Liability Amounts**.  Where available, the Debtor has used the fair market value for its assets.  Some of the scheduled liabilities are unknown and unliquidated at this time.  In such, cases the amounts are listed as "Unknown."  Accordingly, the Schedules and SOFA may not accurately reflect the aggregate amount of the Debtor's liabilities.

8.   **Contingent Assets**.  As discussed further below, the Debtor believes it possesses certain contingent claims, causes of action, or avoidance actions against various third parties.  Despite reasonable efforts, the Debtor may not have set forth all of its causes of action against third parties as assets in the Schedules and SOFA.

9.   **Insiders**.  In the circumstances where the Schedules or SOFA require information regarding insiders and/or officers and directors, included therein are the Debtor's (a) directors (or persons in similar positions) and (b) employees that are, or were during the relevant period, officers (or persons in control).

10.   **Pre-Petition Payments**.  In response to Part 2, Questions 3 and 4 on the SOFA, the Debtor has provided detailed information on payments that it made to creditors within 90 days prior to May 15, 2019 and to insiders within 1 year of May 13, 2019.  The Debtor has made additional payments to certain insiders and possibly some creditors between the dates reported in the SOFA and May 29, 2019, which payments are reflected in the Debtor's bank records.

11.   **WARN Payments**.  On May 10, 2019, the Debtor ceased operations and terminated the majority of its employees.  The Debtor retained several employees through May

23-24, 2019, which employees were terminated once the Article 9 Sale closed.  In connection with these layoffs, the Debtor paid these former employees wages and compensation in compliance with applicable law, including the Worker Adjustment and Retraining Notification Act ("<u>WARN</u>").  The Debtor has not listed these WARN payments in response to Question 3 of the SOFA.

12.  **<u>Disclosure of Financial Statements</u>**.  In response to Part 13, Question 26d on the SOFA, the Debtor has reported issuing financial statements to Pacific Andes and Rabobank within two years of the petition date.  The Debtor also made financial statements and other information available to potential buyers in connection with an investment banking process to sell its business as a going concern.

\* \* \*

**\* \* \* END OF GLOBAL NOTES \* \* \***

**\* \* \* SCHEDULES AND SOFA BEGIN ON THE FOLLOWING PAGE \* \* \***

**Fill in this information to identify the case:**

Debtor name  **National Fish and Seafood Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  *Amended Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 29, 2019**          X

Signature of individual signing on behalf of debtor

**Brian Mittman**
Printed name

**Co-Chief Restructuring Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **National Fish and Seafood Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...............................................................   $         **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................   $     **2,667,057.92**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................   $     **2,667,057.92**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    **64,128,841.20**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **7,363,885.29**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$    **8,988,149.11**

4.   Total liabilities ........................................................................................
    Lines 2 + 3a + 3b                     $    **80,480,875.60**

**Fill in this information to identify the case:**

Debtor name **National Fish and Seafood Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Royal Bank of Canada** | **Lock Box Collection Account** | **0592** | **$9,831.51** |
| 3.2. | **Santander Bank N.A.** | **Checking Account (Payroll)** | **6029** | **$15,683.22** |
| 3.3. | **Santander Bank N.A.** | **Operating Account** | **6061** | **$27,926.33** |
| 3.4. | **Santander Bank N.A.** | **Lock Box Collection Account** | **6206** | **$0.00** |
| 3.5. | **Santander Bank N.A.** | **Money Market Escrow Account for USDC Bond** | **1382** | **$10,031.00** |
| 3.6. | **Santander Bank N.A.** | **Checking Account** | **0611** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **National Fish and Seafood Inc.**                                    Case number *(If known)* _____
　　　　　 Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Santander Bank N.A.** | **Lock Box Collection Account for Gloucester Cold Storage** | 7974 | $0.00 |
| 3.8. | **Standard Charter** | | 3806 | $0.00 |
| 3.9. | **Standard Charter** | | 1119 | $0.00 |
| 3.10. | **Cooperative Rabobank A.U.** | **Hong Kong Currency Account** | 0001 | $0.00 |
| 3.11. | **Cooperative Rabobank A.U.** | | 0101 | $5,100.00 |
| 3.12. | **Cooperative Rabobank A.U.** | **Primary Collections Account** | 0111 | $18,267.09 |
| 3.13. | **Cooperative Rabobank A.U.** | **Transfer Account** | 0112 | $4,244.54 |
| 3.14. | **Cooperative Rabobank A.U.** | **Letter of Credit Account** | 0191 | $25,210.81 |

| | | |
|---|---|---|
| 4. | **Other cash equivalents** *(Identify all)* | |
| 4.1. | **Several post-dated checks drawn on the Chase checking account of customer, Dagim Tahorim Co., Inc. representing payments on goods received.** | $74,334.61 |
| 4.2. | **Checks from the State of Ohio totalling for tax refunds for the years 2017 and 2018** | $2,743.98 |

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | **$193,373.09** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.　　**Deposits, including security deposits and utility deposits**
　　　Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Retainer with K&L Gates LLP** | $6,667.45 |

Debtor   **National Fish and Seafood Inc.**                                                    Case number *(If known)* _____
         <sub>Name</sub>

| | | |
|---|---|---:|
| 7.2. | **Retainer with Proskauer Rose LLP** | $9,972.00 |
| 7.3. | **Bond for License as a Public Warehousemen**<br>**Paid to Hon. Deborah B. Goldberg, Treasurer and Receiver General of the**<br>**Commonwealth of Massachusetts** | $10,000.00 |
| 7.4. | **Retainer with Getzler Henrich & Associates LLC** | Unknown |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **Ipswich Country Club Membership** | $26,500.00 |
| 8.2. | **Security Deposit paid to One Kondelin Road Realty Trust c/o Stavros Agganis, 394 Lincoln Avenue, Saugus, MA 01906 in connection with lease of One Kondelin Road.** | $15,925.00 |
| 8.3. | **Prepayment of rent paid to One Kondelin Road Realty Trust c/o Stavros Agganis, 394 Lincoln Avenue, Saugus, MA 01906 in connection with lease of One Kondelin Road.** | $9,545.83 |
| 8.4. | **Deposit paid Head of the Harbor Realty Trust** | $25,074.55 |
| 8.5. | **Cash collateral held by Rabobank to secure letters of credit issued in favor of Washington International Insurance Company and American Alternative Insurance Company for surety bonds posted to secure customs duties.** | $2,300,000.00 |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   $2,403,684.83

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Debtor    **National Fish and Seafood Inc.**                              Case number *(If known)*  _____
            Name

Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                                    % of ownership

        15.1.   **National Fish and Seafood Limited (HK)**      100   %   **Liquidation**                    $0.00

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                                              $0.00
        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**LED Lighting** | **Unknown** | **Cost** | $70,000.00 |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                          $70,000.00
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐ No
        ☑ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☑ No

| Debtor | **National Fish and Seafood Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | See attached supplement | Unknown | | Unknown |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See attached supplement | Unknown | | Unknown |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $0.00 |
|---|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **11-15 Parker Street,<br>Gloucester, MA<br>01930** | Lease | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **National Fish and Seafood Inc.**                    Case number *(If known)* _____
     Name

55.2.   **1 Kondelin Road,**
      **Glucester, MA 01930**   **Lease**        **Unknown**                   **Unknown**

56.   **Total of Part 9.**

| | |
|---|---|
| | **$0.00** |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

     ■ No
     ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**
     Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

     **See attached summary of insurance policies**                 **Unknown**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
     **Claims against former directors and officers, including but not limited to claims against Jack Ventola, Michael Bruno, and Richard Pandolfo.**                 **Unknown**

| Nature of claim | **Breach of fiduciary duties, fraud, conversion of property** |
|---|---|
| Amount requested | **$0.00** |

76.   **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor      **National Fish and Seafood Inc.**                                      Case number *(If known)* _____
     <sub>Name</sub>

| | |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **National Fish and Seafood Inc.**                            Case number *(If known)* _____
         Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $193,373.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,403,684.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $70,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,667,057.92 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,667,057.92 |

**Schedule A/B Supplement**

**Part 8**

**Question 47:  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

<u>Leased Vehicles</u>

| Description | Lessor |
|---|---|
| Toyota RAV4 | Toyota Financial Services |
| Toyota Tundra | Toyota Financial Services |

**Question 50: Other machinery, fixtures, and equipment**

<u>Leased Equipment</u>

| Description | Lessor | Serial Number | Model |
|---|---|---|---|
| Yale Forklift | Wells Fargo Bank, N.A. | C815N06789D | 2006 NR040 |
| Yale Forklift | Wells Fargo Bank, N.A. | B890N01912E | 2007 MPE080 |
| Yale Forklift | Wells Fargo Bank, N.A. | R883N02276K | 2011 ESC30 |
| Yale Forklift | Wells Fargo Bank, N.A. | B883N02097J | 2012 ESC30 |
| Crown Forklift | Wells Fargo Bank, N.A. | 1A373537 | RR5725-35 |
| Crown Forklift | Wells Fargo Bank, N.A. | 1A428244 | RR5725-45 |
| Crown Forklift | Wells Fargo Bank, N.A. | 1A428243 | RR5725-45 |
| Raymond Reach Forklift | Raymond Leasing Corporation | EZ-10-DD50395 | R30TT 36V |
| Raymond Reach Forklift | Raymond Leasing Corporation | EZ-10-DD50396 | R30TT 36V |
| Raymond Reach Forklift | Raymond Leasing Corporation | EZ-12-DF51705 | R40TT 36V |
| Enersys Battery | Raymond Leasing Corporation | RLC772870 | 18-125-13 |
| Enersys Battery | Raymond Leasing Corporation | RLC772848 | 18-125-13 |

| Description | Lessor | Serial Number | Model |
|---|---|---|---|
| Enersys Battery | Raymond Leasing Corporation | MLH1138820 | 18-125-13 |
| Enersys Charger | Raymond Leasing Corporation | HPI975357 | 36 V/3 Phase |
| Enersys Charger | Raymond Leasing Corporation | HPI975282 | 36 V/3 Phase |
| Enersys Charger | Raymond Leasing Corporation | FPI195048 | 36 V/3 Phase |

**Schedule A/B Supplement**

**Part 8**

**Question 73: Interests in insurance policies or annuities**

| Coverage | Agent | Insurer | Policy No. | Period |
|---|---|---|---|---|
| Directors and Officers Liability; Employment Practices Liability; Fiduciary Liability; Commercial Crime | USI Insurance Norwalk | Admiral Insurance Company | DCP170657SP1 | 11/18/18-11/18/19 |
| Directors and Officers Liability Excess Policy | USI Insurance Norwalk | XL Specialty | ELU15884118 | 11/18/18-11/18/19 |
| Directors and Officers Liability Excess Policy – Side A | USI Insurance Norwalk | Evanston | MKLV4MXM000003 | 11/18/18-11/18/19 |
| Directors and Officers Liability Tail Policy | USI Insurance Services LLC | RSUI Indemnity Company | NHS674201 | 11/18/18 - 11/18/21 |
| Directors and Officers Liability Tail Policy | USI Insurance Services LLC | Hiscox Insurance Company Inc. | UVA180916017 | 11/18/18 - 11/18/21 |
| Directors and Officers Liability Tail Policy | USI Insurance Services LLC | Allied World National Assurance Company | 03103714 | 11/18/18 - 11/18/21 |
| Commercial Umbrella | USI Insurance Services | Hanover | UHE 8967916 | 1/1/19 - 1/1/20 |
| Commercial Package | USI Insurance Services | Hanover | ZDE 8987380 | 1/1/19 - 1/1/20 |
| Cargo | USI Insurance Services | Lloyd's of London | MA183078 | 2/1/19 - 2/1/20 |

| Coverage | Agent | Insurer | Policy No. | Period |
|---|---|---|---|---|
| Product Liability | USI Insurance Services | Allied World Surplus | 03101706 | 6/1/18 - 6/1/19 |
| Commercial Auto | USI Insurance Services | Selective Insurance Co. of SC | A9105146 | 4/20/19 - 4/20/20 |
| Liability | USI Insurance Services | Travelers | 0105808623 | 5/5/18-7/5/18 (not renewed) |
| ERISA Crime | USI Insurance Norwalk | Travelers | SAAE3936790000 | 11/18/2018-11/18/19 |

**Fill in this information to identify the case:**

Debtor name __**National Fish and Seafood Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Ascentium Capital LLC**
Creditor's Name

**23970 HWY 59 N**
**Kingwood, TX 77339**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**May 11, 2018**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**LED lighting financed under Agreement No. 2287245**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$40,671.00**    Value: **$0.00**

**2.2 Ascentium Capital LLC**
Creditor's Name

**23970 HWY 59 N**
**Kingwood, TX 77339**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**May 11, 2018**
Last 4 digits of account number
**7245**
Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**LED Lighting**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$40,671.00**    Value: **$70,000.00**

Debtor **National Fish and Seafood Inc.** _____   Case number (if know) _____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | **Cooperative Rabobank U.A., Hong Kong** | Describe debtor's property that is subject to a lien | $64,027,499.20 | $0.00 |

Creditor's Name

**All assets**

**245 Park Avenue**
**New York, NY 10036**

Creditor's mailing address

Describe the lien
**All asset lien arising under Letter of Credit Facility**

**salvatore.esposito@raboba**
**nk.com**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**November 30, 2015**

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.4 | **Raymond Leasing Corporation** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**All equipment acquired by Debtor in accorance with Master Lease Schedule No. 34139**

**22 South Canal Street**
**Greene, NY 13778**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**April 23, 2018**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.5 | **Robert Reiser & Co., Inc.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**One Fabbri Model 55 PLUS Packaging Machine**

**725 Deham Street**
**Canton, MA 02021**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **National Fish and Seafood Inc.**                    Case number *(if know)*
_____
Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**March 6, 2015**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Sysco Boston LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | $0.00 | $0.00 |
|---|---|---|---|---|

**99 Spring Street**
**Plympton, MA 02367**
Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June 12, 2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Travelers Casualty and Surety Company**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Santander Bank N.A. - Money Market Escrow Account for USDC Bond - Acct# 1382** | $10,000.00 | $10,031.00 |
|---|---|---|---|---|

**One Tower Square**
**Hartford, CT 06183**
Creditor's mailing address

Describe the lien
**Cash collateral to secure bond in favor of National Oceanic & Atmospheric Adm.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/01/19**
**Last 4 digits of account number**
**6431**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

| Debtor | **National Fish and Seafood Inc.** | Case number *(if know)* | |
|--------|------------------------------------|-------------------------|---|
| | Name | | |

---

| 2.8 | **Travelers Casualty and Surety Company** | **Describe debtor's property that is subject to a lien** | **$10,000.00** | **$10,000.00** |
|-----|-------------------------------------------|---------------------------------------------------------|-----------------|-----------------|

Creditor's Name

**One Tower Square
Hartford, CT 06183**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Cash collateral to secure bond issued by Travelers in favor of the National Oceanic & Atmospheric Administration**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**05/01/2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3431**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Wells Fargo Bank N.A.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|-----|----------------------------|---------------------------------------------------------|-----------|-----------|

Creditor's Name

**300 Tri-State International
Suite 400
Lincolnshire, IL 60069**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Four Yale forklifts S/N C815N06789D, S/N B883N02097J, S/N R883N02276K, S/N B890N01912E**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**February 13, 2018**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Wells Fargo Bank N.A.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|------|----------------------------|---------------------------------------------------------|-----------|-----------|

Creditor's Name

**300 Tri-State International
Suite 400
Lincolnshire, IL 60069**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Three Crown Reach Trucks SN 1A373537, 1A428244, and 1A428243**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**March 2, 2018**
Last 4 digits of account number

**7453**

Do multiple creditors have an interest in the same property?

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $64,128,841.20

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cooperative Rabobank U.A.**<br>**Attn: Janet Ong**<br>**32/F Three Pacific Place**<br>**1 Queen's Road East**<br>**Hong Kong** | Line **2.3** | |
| **CT Corporation, as representative**<br>**330 N. Brand Blvd.**<br>**Suite 700, Attn: SPRS**<br>**Glendale, CA 91203** | Line **2.1** | |
| **Matthew O'Donnell**<br>**Luskin, Stern & Eisler LLP**<br>**Eleven Times Square**<br>**New York, NY 10036** | Line **2.3** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **National Fish and Seafood Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,589.60** | **$863.20** |
| | **ASTRO CHEMICALS** **126 MEMORIAL DRIVE** **Springfield, MA 01102** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (2) | ■ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$543.07** | **$192.97** |
| | **BENS WALLPAPER & PAINT CO** **6 RAILROAD AVE** **Gloucester, MA 01930** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (2) | ■ No ☐ Yes | | |

| Debtor | National Fish and Seafood Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address
**CAPE POND ICE CO., INC**
**P.O. BOX 440**
**Gloucester, MA 01930**

As of the petition filing date, the claim is:    **$830.00**    **$310.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**CATANIA SPAGNA**
**PO BOX J**
**1 NEMCO WAY**
**Ayer, MA 01432**

As of the petition filing date, the claim is:    **$117,519.56**    **$50,617.36**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**CHANNEL FISH PROCESSING INC.**
**P.O. BOX 847109**
**Boston, MA 02284-7109**

As of the petition filing date, the claim is:    **$15,741.00**    **$15,741.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**CINTAS #016**
**P.O. BOX 630803**
**LOCATION 016**
**Cincinnati, OH 45263-0803**

As of the petition filing date, the claim is:    **$13,173.61**    **$1,686.26**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | National Fish and Seafood Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,652.54 | $210.38 |
|---|---|---|---|---|

**CINTAS FIRST AID & SAFETY
LOCATION # 779**
P.O. BOX 636525
Cincinnati, OH 45263-6525

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,993.30 | $15,814.76 |
|---|---|---|---|---|

**EBP SUPPLY SOLUTIONS INC.
200 RESEARCH DRIVE
Milford, CT 06460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104,262.40 | $23,778.08 |
|---|---|---|---|---|

**ESSEX FOOD INGREDIENTS
PO BOX 824208
Philadelphia, PA 19182-4208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,345.72 | $3,235.12 |
|---|---|---|---|---|

**FASTENAL COMPANY
PO Box 1286
Winona, MN 55987-1286**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

| Debtor | National Fish and Seafood Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,328.00 | $5,824.00 |
|---|---|---|---|---|

**FOLENE PACKAGING LLC**
**PO BOX 300965**
**MIDWOOD, NY 11230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,468.64 | $39,726.82 |
|---|---|---|---|---|

**GOAL LINE FOODS, LLC**
**203 JACKSON STREET #204**
**Anoka, MN 55303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $990,209.81 | $988,920.50 |
|---|---|---|---|---|

**GORTON'S OF GLOUCESTER**
**128 ROGERS ST**
**Gloucester, MA 01930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,680.73 | $7,820.20 |
|---|---|---|---|---|

**GREENWAY MARKETING &**
**PACKAGING**
**P.O. BOX 700**
**Sunapee, NH 03782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

| Debtor | National Fish and Seafood Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93,164.99 | $10,421.19 |
|---|---|---|---|---|

**HUB FOLDING BOX CO INC.**
**774 NORFOLK STREET**
**Mansfield, MA 02048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.51 | $107.74 |
|---|---|---|---|---|

**INDUSTRIAL TIRE SALES, INC**
**7 GRANT AVE**
**Burlington, MA 01803-2192**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,140.60 | $13,166.40 |
|---|---|---|---|---|

**INNOVATIVE PLASTICS CORP.**
**400 ROUTE 303**
**Orangeburg, NY 10962**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,930.64 | $3,092.15 |
|---|---|---|---|---|

**JERGENS INC**
**P.O. BOX 931344**
**Cleveland, OH 44193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

Debtor    **National Fish and Seafood Inc.**

Name    Case number (if known)

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,121.31 | $2,427.52 |
|------|-----|-----|-----|-----|

**MCMASTER CARR SUPPLY COMPANY**
**P. O. BOX 7690**
**Chicago, IL 60680-7690**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

☑ No
☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,395.15 | $11,000.72 |
|------|-----|-----|-----|-----|

**MOTION INDUSTRIES INC**
**P.O. BOX 415749**
**Boston, MA 02241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

☑ No
☐ Yes

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $847.30 | $847.30 |
|------|-----|-----|-----|-----|

**NEOGEN CORPORATION**
**25153 NETWORK PLACE**
**Chicago, IL 60673-1251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

☑ No
☐ Yes

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135,832.34 | $53,385.27 |
|------|-----|-----|-----|-----|

**NEWLY WEDS FOODS, INC.**
**70-80 GROVE ST**
**Watertown, MA 02472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

☑ No
☐ Yes

| Debtor | National Fish and Seafood Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,064.30 | $32,303.70 |
|---|---|---|---|---|

**NORTHERN OCEAN MARINE INC**
**7 PARKER STREET**
**Gloucester, MA 01930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,368.92 | $2,081.84 |
|---|---|---|---|---|

**OXFORD GRAPHICS**
**PO BOX 1000**
**DEPT #0114**
**Memphis, TN 38148-0114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,193.30 | $5,193.30 |
|---|---|---|---|---|

**PRESSED PAPERBOARD TECH**
**30400 TELEGRAPH RD, SUITE 385**
**Franklin, MI 48025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,650.90 | $3,164.50 |
|---|---|---|---|---|

**PROGRESS PALLET INC.**
**98 WEST GROVE STREET**
**Middleboro, MA 02346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

| Debtor | National Fish and Seafood Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,896.52 | $658.74 |
|---|---|---|---|---|

**RAQUE FOOD SYSTEMS, INC**
**11002 DECIMAL DR**
**P.O. BOX 99594**
**Louisville, KY 40269-0594**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,377.30 | $1,950.00 |
|---|---|---|---|---|

**RISO PRODUCTS OF BOSTON**
**P.O. BOX 843001**
**Boston, MA 02284-3001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.65 | $238.96 |
|---|---|---|---|---|

**ROSE'S OIL SERVICE INC**
**375 MAIN ST**
**P.O. BOX 1346**
**Gloucester, MA 01930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,762.35 | $7,601.13 |
|---|---|---|---|---|

**SEABOARD FOLDING BOX CO**
**INC**
**PO BOX 650**
**Westminster, MA 01473**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$6,136.16** | **$206.94** |
| | **SMITH HARDWARE & LUMBER** | *Check all that apply.* | | | |
| | **HOMETOWN ACE HARDWARE** | ☐ Contingent | | | |
| | **P.O. BOX 119** | ☐ Unliquidated | | | |
| | **Rockport, MA 01966** | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (2) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$2,059.41** | **$1,371.94** |
| | **SPX FLOW TECHNOLOGY** | *Check all that apply.* | | | |
| | **P.O. BOX 277886** | ☐ Contingent | | | |
| | **Atlanta, GA 30384-7886** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (2) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$6,524.20** | **$300.84** |
| | **STANDARD ELECTRIC SUPPLY** | *Check all that apply.* | | | |
| | **CO** | ☐ Contingent | | | |
| | **P.O. BOX 788666** | ☐ Unliquidated | | | |
| | **Philadelphia, PA 19178-8500** | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (2) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$5,214,127.17** | **$3,394,604.48** |
| | **U.S. CUSTOMS AND BORDER** | *Check all that apply.* | | | |
| | **PROTECTION** | ☐ Contingent | | | |
| | **P.O. BOX 979126** | ☐ Unliquidated | | | |
| | **Saint Louis, MO 63197-9000** | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | | |
| | | ☐ Yes | | | |

| Debtor | National Fish and Seafood Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187,668.77 | $41,407.16 |
|---|---|---|---|---|

**UNICORR / CONNECTICUT CONTAINE**
**4282 PAYSPHERE CIRCLE**
**Chicago, IL 60674**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,235.20 | $2,235.20 |
|---|---|---|---|---|

**VERITIV OPERATING CO.**
**DBA UNISOURCE**
**7472 COLLECTIONS CENTER DRIVE**
**Chicago, IL 60693**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,893.55 | $3,554.60 |
|---|---|---|---|---|

**VERITIV OPERATING CO.**
**DBA XPEDX**
**PO BOX 644520**
**Pittsburgh, PA 15264-4520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,154.77 | $1,391.13 |
|---|---|---|---|---|

**WIRE BELT CO. OF AMERICA**
**P.O. BOX 845214**
**Boston, MA 02284-5214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,164.90** |
|---|---|---|---|

**A & V TEMPS, INC.**
**210 BROADWAY**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,063.05** |
|---|---|---|---|

**A-C MOTOR EXPRESS, LLC**
**339-C BLISS STREET**
**West Springfield, MA 01089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,553.22** |
|---|---|---|---|

**A.B.J. EQUIPFIX, LLC**
**202 W. LUCAS ST**
**Castalia, OH 44824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,954.87** |
|---|---|---|---|

**ABEL WOMACK, INC**
**ONE INTERNATIONAL WAY**
**Lawrence, MA 01843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |
|---|---|---|---|

**ACA FREIGHT FORWARDING INC.**
**324 BRYANT AVE**
**Bronx, NY 10474-7113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,225.05** |
|---|---|---|---|

**ACOSTA SALES & MARKETING**
**PO BOX 281996**
**Atlanta, GA 30384-1996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,021.00** |
|---|---|---|---|

**ADVANTAGE SALES & MARKETING**
**DBA BEM SALES & MARKETING**
**PO BOX 744443**
**Atlanta, GA 30374-4443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,154.60** |
|---|---|---|---|

**AGRESOURCE**
**110 BOXFORD ROAD**
**Rowley, MA 01969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,179.55** |
|---|---|---|---|

**ALL AMERICAN POLY**
**P.O. BOX 10148**
**New Brunswick, NJ 08906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,575.48** |
|---|---|---|---|

**ALPHA CHEMICAL SERVICES INC**
**P.O. BOX 431**
**Stoughton, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,714.29** |
|---|---|---|---|

**AMERICA'S LOGISTICS LLC**
**39170 TREASURY CENTER**
**Chicago, IL 60694-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AMERICAN EXPRESS**
**P.O. BOX 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,148.14** |
|---|---|---|---|

**AMERICAN INSULATED**
**PANEL COMPANY, INC.**
**75 JOHN HANCOCK ROAD**
**Taunton, MA 02780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,821.30** |
|---|---|---|---|

**AMERICAN LAZER SERVICES INC**
**P.O. BOX 376**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|--------|-------------------------------------|-------------------------|
| | Name | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,014.15 |
|------|------------------------------------------------|---------------------------------------------------------------------|----------|

**AMERICAN PATRIOT SALES**
**60 CENTRAL STREET**
**Norwood, MA 02062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,745.47 |
|------|------------------------------------------------|---------------------------------------------------------------------|-------------|

**AMERICAN REFRIGERATION**
**149 RIVER STREET**
**SUITE 3**
**Andover, MA 01810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**AMERICOLD LOGISTICS, INC.**
**P.O. BOX 505339**
**Saint Louis, MO 63150-5339**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**ANALYTICAL TESTING LAB INC**
**345 TRAPELO ROAD**
**Belmont, MA 02478**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,601.73 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|

**ANKURA CONSULTING GROUP, LLC**
**PO BOX 74007043**
**Chicago, IL 60674-7043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,510.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**APL**
**ATTN: FREIGHT CASHIER**
**116 INVERNESS DR EAST, SUITE 4**
**Englewood, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,760.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|

**AQUA ROYALE FOODS, INC**
**197 W. SPRING VALLEY AVE**
**Maywood, NJ 07607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,127.50 |
|---|---|---|---|

**ARCTIC FRESH SEAFOOD LLC**
**10 UNION WHARF**
**Fairhaven, MA 02719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,104.51 |
|---|---|---|---|

**ARROW PAPER CORP**
**228 ANDOVER ST**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.90 |
|---|---|---|---|

**BATSON & ASSOCIATES, LLC**
**THE CARLIN GROUP**
**4845 CORPORATE EXCH BLVD SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $334.56 |
|---|---|---|---|

**BATTERY SHOP OF N. E. INC**
**40 SILVA LANE**
**Dracut, MA 01826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.00 |
|---|---|---|---|

**BIOMARINE INC**
**16 EAST MAIN STREET**
**Gloucester, MA 01931-1153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.80 |
|---|---|---|---|

**BOYER'S FOOD MARKETS, INC.**
**1165 CENTRE TURNPIKE-POB 249**
**Orwigsburg, PA 17961-0249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BUCKEYE BUSINESS PRODUCTS**
**P.O. BOX 392340**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,296.00** |
|---|---|---|---|
| | **BUTLER-DEARDEN PAPER SERVICE**<br>**80 SHREWSBURY STREET**<br>**Boylston, MA 01505-1669** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$510.00** |
|---|---|---|---|
| | **CAPE ANN CHAMBER OF COMMERCE**<br>**33 COMMERCIAL STREET**<br>**Gloucester, MA 01930** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,536.00** |
|---|---|---|---|
| | **CAPE ANN LIFT TRUCKS, INC**<br>**48 HARRISON AVE**<br>**Gloucester, MA 01930** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,071.53** |
|---|---|---|---|
| | **CARUS CORPORATION**<br>**15111 COLLECTIONS CENTER DR**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,656.26** |
|---|---|---|---|
| | **CASCADE WATER SERVICES, INC**<br>**113 BLOOMINGDALE ROAD**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliqudated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,360.00** |
|---|---|---|---|
| | **CENSEA, INC**<br>**400 SKOKIE BLVD**<br>**SUITE 110**<br>**Northbrook, IL 60062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,660.00** |
|---|---|---|---|
| | **CHARM SCIENCES, INC**<br>**659 ANDOVER STREET**<br>**Lawrence, MA 01843-1032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,381.25 |
|---|---|---|---|

**CITRIX SYSTEMS INC**
**P.O. BOX 931686**
**Atlanta, GA 31193-1686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227,096.74 |
|---|---|---|---|

**CITY OF GLOUCESTER**
**P.O. BOX 773**
**Reading, MA 01867-0405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,900.00 |
|---|---|---|---|

**COASTAL CORPORATION LTD**
**COASTAL ANDHRA REGION, #17, NH16**
**COASTAL ANDHRA REGION,**
**MADHURAWADA**
**VISAKHAPATNAM AP 530048, INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,103.16 |
|---|---|---|---|

**COLMAR BELTING COMPANY, INC**
**66 Holton Street**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.70 |
|---|---|---|---|

**COMCAST**
**PO BOX 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF PUBLIC HEALTH**
**DIVISION OF FOOD AND DRUGS**
**305 SOUTH STREET**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.71 |
|---|---|---|---|

**CONSOLIDATED PACKAGING GROUP**
**30 BERGEN TURNPIKE**
**Ridgefield Park, NJ 07660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,011.71** |
|---|---|---|---|

**CROWN LIFT TRUCKS**
P.O. BOX 641173
Cincinnati, OH 45264-1173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$319.20** |
|---|---|---|---|

**CRUISE MARKETING IA**
5512 NE 17TH STREET
Des Moines, IA 50313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00** |
|---|---|---|---|

**CRUISE MARKETING MO**
5512 NE 17TH STREET
Des Moines, IA 50313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**CRUISE MARKETING NE**
5512 NE 17TH STREET
Des Moines, IA 50313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,419,372.00** |
|---|---|---|---|

**Crustrade PTE LTD**
Kurt S. Olson
Olson & Olson P.A.
500 Federal Street
Andover, MA 01810

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,295.00** |
|---|---|---|---|

**CT CORPORATION SYSTEMS**
P.O. BOX 4349
Carol Stream, IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,690.00** |
|---|---|---|---|

**CUSTOM SEASONINGS INC**
12 HERITAGE WAY
Gloucester, MA 01930

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,132.31 |
|---|---|---|---|

**D & H MARKETING, INC.**
PO BOX 1229
Burgaw, NC 28425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.06 |
|---|---|---|---|

**DAILY PRINTING, INC.**
25 WEST STREET
Beverly, MA 01915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,370.95 |
|---|---|---|---|

**DAVE'S FRESH MARKETPLACE**
1000 division street suite 20
East Greenwich, RI 02818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,264.00 |
|---|---|---|---|

**DAVID VENTOLA**
1580 HILLVIEW DR
Sarasota, FL 34239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,216.87 |
|---|---|---|---|

**DEE & L, LLC**
PO BOX 3431
Bayonne, NJ 07002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.08 |
|---|---|---|---|

**DELTA BLUE AQUACULTURE PARTNER**
1360 SOUTH REDWOOD RD
SUITE 210
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.71 |
|---|---|---|---|

**DELTA TRAK**
P.O. BOX 4115
Modesto, CA 95352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,308.79 |
|---|---|---|---|

**DHL EXPRESS (USA), INC**
**16592 COLLECTIONS CENTER DRIVE**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,555.52 |
|---|---|---|---|

**DIRECT ENERGY BUSINESS**
**P.O. BOX 32179**
**New York, NY 10087-2179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**E CRUZ ELECTRIC INC.**
**9 LIMEWOODS DR.**
**Saugus, MA 01906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.82 |
|---|---|---|---|

**EAN SERVICES LLC**
**SERVICING NATIONAL CAR RENTAL**
**P.O. BOX 402383**
**Atlanta, GA 30384-2383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**EARLS LOCK SHOP**
**P.O. BOX 28**
**Gloucester, MA 01930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**ECIC**
**Credit Insurance**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $943,413.97 |
|---|---|---|---|

**EDA, INC.**
**P.O. BOX 328**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | | |
|---|---|---|
| | **National Fish and Seafood Inc.** | |
| | Name | Case number (if known) |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.84**

**ELECTRIC SUPPLY CENTER**
**200 MIDDLESEX TURNPIKE**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,012.00**

**ELM CITY CHEESE CO. INC**
**2240 STATE STREET**
**Hamden, CT 06517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,925.00**

**EMPIRE MARKETING STRATEGIES**
**11243 CORNELL PARK DRIVE**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,064.00**

**ENDICO POTATOES INC**
**160 NORTH MACQUESTEN PARKWAY**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229,906.78**

**ENGIE RESOURCES**
**P.O. BOX 9001025**
**Louisville, KY 40290-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,825.00**

**EQUATOR - DESIGN US, INC.**
**CIVIC OPERA BUILDING**
**20 N. WACKER DRIVE**
**STE 2200**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,235.68**

**ESSEX SERVICE COMPANY INC**
**P.O. BOX 83**
**Essex, MA 01929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216,720.00 |
|---|---|---|---|

**EVERGREEN AQUATIC PRODUCTS
SCIENCE AND TECHNOLOGY CO LTD
NORTHERN RUIYUN ROAD
MAZHANG ECONOMIC DEVELOPMENT
ZHANJIANG CITY, GUAO, NY 11111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,125.00 |
|---|---|---|---|

**F. MURPHY & SONS CLEAN CO INC
23 CRANBERRY LANE
Middleton, MA 01949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,144.34 |
|---|---|---|---|

**F. W. WEBB
160 MIDDLESEX TURNPIKE
Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,617.80 |
|---|---|---|---|

**FAVORITE BROKERS
508 NORTH AVENUE
New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,002.91 |
|---|---|---|---|

**FEDERAL EXPRESS CORPORATION
P.O. BOX 371461
Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,161.41 |
|---|---|---|---|

**FIVE STAR KOSHER LLC
1085 EAST 3RD STREET
Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**FLS TRANSPORTATION
SERVICES, INC
400 Ste-Croix Avenue
H4N 3L4
MONTREAL, QC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,539.95**

**FOX TRUCKING INC**
29920 DOVER ROAD
Easton, MD 21601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,648.00**

**FPS FOOD PROCESS SOLUTIONS COR**
7431 NELSON ROAD
UNIT 130
RICHMOND, BRITISH COLUMBIA VGW1G3
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.90**

**FREEZE PAK STORAGE**
760B PORT CARTERET DRIVE
Carteret, NJ 07008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,113.63**

**FREUND'S FISH MARKET**
13TH AVENUE FISH MARKET
4301 15TH AVENUE
BROOKLYN, NY 11219
Brooklyn, NY 11219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435.00**

**FROMMELT DOCK & DOOR, INC**
184 MAIN ST
NO. READING, MA 01968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00**

**FSE, INC.**
PO BOX 95026
Chicago, IL 60694-5026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,583.40**

**GEA REFRIGERATION**
**NORTH AMERICA, INC**
P. O. BOX 13383
Newark, NJ 07101-3383

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | | Case number (if known) |
|---|---|---|---|

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,805.00** |
|---|---|---|---|

**GENERAL ENVIRONMENTAL SERVICES**
**930 EASTERN AVENUE**
**Malden, MA 02148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$518.72** |
|---|---|---|---|

**GLOUCESTER RENTAL CENTER INC**
**32 MAPLEWOOD AVE**
**Gloucester, MA 01930**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.30** |
|---|---|---|---|

**GLUE-FAST EQUIPMENT CO. INC**
**3535 RT 66**
**BLDG 1**
**Neptune, NJ 07753**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,032,599.50** |
|---|---|---|---|

**GOOD LUCK PRODUCT CO. LTD.**
**69/9 MOO 1 EKACHAR RD**
**T THAJEAN MUANG**
**SAMUTSAKOM 74000**
**THAILAND**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**GOURMET TOAST CORP**
**38 STEUBEN ST.**
**Brooklyn, NY 11205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,598.26** |
|---|---|---|---|

**GRAPHIC PACKAGING INTL**
**SAP LOCKBOX**
**PO BOX 404170**
**Atlanta, GA 30384-4170**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,592.00** |
|---|---|---|---|

**GRASSO FOODS, INC**
**P.O BOX 127**
**Swedesboro, NJ 08085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,267.19 |
|---|---|---|---|

**GRUNFELD DESIDERIO LEBOWITZ**
**SILVERMAN & KLESTADT LLP**
**599 LEXINGTON AVENUE, FL 36**
**New York, NY 10022-7648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,316.56 |
|---|---|---|---|

**H&M TRANSPORT INC**
**P.O. BOX 418578**
**Boston, MA 02241-8578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,893.00 |
|---|---|---|---|

**HALLEY ELEVATOR CO.**
**11 TYNG STREET**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Harris County Texas**
**Jan 1 2019 Excise Tax**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,109.54 |
|---|---|---|---|

**HAYSSEN, INC**
**HAYSSENSANDIACRE**
**225 SPARTANGREEN BLVD**
**Duncan, SC 29334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|

**HIGGINS SCALE SERVICE**
**P.O. BOX 8472**
**Salem, MA 01971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**HOME DEPOT**
**CREDIT SERVICES**
**DEPT 32-2505110779**
**PO BOX 78047**
**Phoenix, AZ 85062-8047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.68 |
|---|---|---|---|
| | **HP HOOD LLC** | ☐ Contingent | |
| | **HP Hood LLC** | ☐ Unliquidated | |
| | **PO BOX 4060** | ☐ Disputed | |
| | **Gloucester, MA 01930** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,132.91 |
|---|---|---|---|
| | **HUGHES SALES, INC.** | ☐ Contingent | |
| | **9650 SANTIAGO ROAD** | ☐ Unliquidated | |
| | **SUITE 106** | ☐ Disputed | |
| | **Columbia, MD 21045** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|
| | **HYDRANGEA LANDSCAPING** | ☐ Contingent | |
| | **P.O. Box 3232** | ☐ Unliquidated | |
| | **Gloucester, MA 01930** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.36 |
|---|---|---|---|
| | **IMAGE COMMUNICATIONS** | ☐ Contingent | |
| | **128K HALL ST** | ☐ Unliquidated | |
| | **Concord, NH 03301** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,228.88 |
|---|---|---|---|
| | **INFOR (US), INC** | ☐ Contingent | |
| | **NW 7418** | ☐ Unliquidated | |
| | **P.O. BOX 1450** | ☐ Disputed | |
| | **Minneapolis, MN 55485-7418** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | **INFORMATION RESOURCES, INC** | ☐ Contingent | |
| | **4766 PAYSPHERE CIRCLE** | ☐ Unliquidated | |
| | **Chicago, IL 60674** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,900.51 |
|---|---|---|---|
| | **INGERSOLL-RAND** | ☐ Contingent | |
| | **15768 COLLECTIONS CENTER DRIVE** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**INNOVATIVE LABEL**
PO BOX 731
Germantown, WI 53022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,104.36 |
|---|---|---|---|

**INSTANT SIGNAL &ALARM CO., INC**
303 HIGHLAND AVENUE
Salem, MA 01970-1890

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.05 |
|---|---|---|---|

**INTEGRITY FOOD MARKETING**
487 DEVON PARK DRIVE
SUITE 210
Wayne, PA 19087

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.08 |
|---|---|---|---|

**INTERSTATE WAREHOUSING LLC**
DEPT 78743
P.O. BOX 78000
Detroit, MI 48278-0743

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,044.63 |
|---|---|---|---|

**J&D TRANSPORTATION INC.**
P.O. BOX 313
Scituate, MA 02066

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.80 |
|---|---|---|---|

**JACK VENTOLA**
11-15 PARKER STREET
Gloucester, MA 01930

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,058.00 |
|---|---|---|---|

**JAQUITH CARBIDE CORP**
31 TURNPIKE ROAD
Ipswich, MA 01938

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,082.22 |
|---|---|---|---|

**JOHN BEAN TECHNOLOGIES CORP**
**7002 SOLUTIONS CENTER**
**Chicago, IL 60677-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,469.00 |
|---|---|---|---|

**JONES BOYS INSULATION**
**110 PERIMETER ROAD**
**Nashua, NH 03063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,814.40 |
|---|---|---|---|

**KERRY INGREDIENTS**
**P.O. BOX 409141**
**Atlanta, GA 30384-9141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595.26 |
|---|---|---|---|

**LEHIGH OUTFITTERS, LLC**
**EAST CANAL STREET**
**Nelsonville, OH 45764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,029.00 |
|---|---|---|---|

**LINDSKOG BALANCING**
**1170 MASSACHUSETTS AVE**
**Boxborough, MA 01719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.50 |
|---|---|---|---|

**LIVINGSTON**
**150 PIERCE ROAD, SUITE 500**
**Itasca, IL 60143-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $738.37 |
|---|---|---|---|

**LOFTWARE, INC.**
**166 CORPORATE DRIVE**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,472.50** |
|---|---|---|---|
| | **LOMA SYSTEMS, INC** | ☐ Contingent | |
| | **39425 TREASURY CENTER** | ☐ Unliquidated | |
| | **Chicago, IL 60694-9400** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,268.67** |
|---|---|---|---|
| | **MAILFINANCE** | ☐ Contingent | |
| | **DEPT 3682** | ☐ Unliquidated | |
| | **PO BOX 123682** | ☐ Disputed | |
| | **Dallas, TX 75312-3682** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,680.06** |
|---|---|---|---|
| | **MARINE STEWARDSHIP COUNCIL** | | |
| | **MARINE HOUSE** | ☐ Contingent | |
| | **1 SNOW HILL** | ☐ Unliquidated | |
| | **LONDON, EC1A2DH** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,500.00** |
|---|---|---|---|
| | **MARITIME PRODUCTS INT.** | ☐ Contingent | |
| | **P.O. BOX 120103** | ☐ Unliquidated | |
| | **Newport News, VA 23612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$882.42** |
|---|---|---|---|
| | **MARKEM-IMAJE CORPORATION** | ☐ Contingent | |
| | **P.O. BOX 3542** | ☐ Unliquidated | |
| | **Boston, MA 02241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,697.27** |
|---|---|---|---|
| | **MARKHAM METALS** | ☐ Contingent | |
| | **P. O. BOX 783** | ☐ Unliquidated | |
| | **Wilmington, MA 01887** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,161.00** |
|---|---|---|---|
| | **MASSACHUSETTS DEPT OF REVENUE** | ☐ Contingent | |
| | **P.O. BOX 7089** | ☐ Unliquidated | |
| | **Boston, MA 02241-7089** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,546.84** |
|---|---|---|---|
| | **MASTER PACKAGING INC.** | ☐ Contingent | |
| | **333 ADELARD-SAVOIE BLVD** | ☐ Unliquidated | |
| | **DIEPPE, NB** | ☐ Disputed | |
| | **E1A 7G9** | | |
| | **CANADA** | | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,542.70** |
|---|---|---|---|
| | **MCDERMOTT WILL & EMERY LLP** | ☐ Contingent | |
| | **P.O. BOX 6043** | ☐ Unliquidated | |
| | **Chicago, IL 60680-6043** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,965.32** |
|---|---|---|---|
| | **MEGACORP LOGISTICS, LLC** | ☐ Contingent | |
| | **P.O. BOX 1050** | ☐ Unliquidated | |
| | **Wrightsville Beach, NC 28480** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420.00** |
|---|---|---|---|
| | **MERRIMACK ENVIRONMENTAL LLC** | ☐ Contingent | |
| | **61 LINCOLNSHIRE DRIVE** | ☐ Unliquidated | |
| | **Haverhill, MA 01835** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,278.12** |
|---|---|---|---|
| | **METHUEN CORPORATION** | ☐ Contingent | |
| | **POLLUTION CONTROL SYSTEM MAINT** | ☐ Unliquidated | |
| | **31 TOBEY AVE** | ☐ Disputed | |
| | **Methuen, MA 01844** | | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$306,555.13** |
|---|---|---|---|
| | **NATIONAL GRID** | ☐ Contingent | |
| | **P.O. BOX 11737** | ☐ Unliquidated | |
| | **Newark, NJ 07101-4735** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109.04** |
|---|---|---|---|
| | **NEOPOST INC.** | ☐ Contingent | |
| | **p.o. box 30193** | ☐ Unliquidated | |
| | **Tampa, FL 33630-3193** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.28 |
|---|---|---|---|

**NEW ENGLAND FIRE PATROL**
**117 LANCASTER STREET**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,581.39 |
|---|---|---|---|

**NEW SOUND TRANSPORTATION, LLC**
**c/o ORANGE COMMERCIAL CREDIT**
**P.O. BOX 11099**
**Olympia, WA 98508-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,763.26 |
|---|---|---|---|

**NORTHEAST ELECTRICAL**
**DISTRIBUTERS**
**P.O. BOX 415931**
**Boston, MA 02241-5931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $628.50 |
|---|---|---|---|

**NORTHEAST ENVIRONMENTAL**
**LABORATORY, INC**
**41 DAYTON STREET**
**Danvers, MA 01923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,862.93 |
|---|---|---|---|

**NORTHLAND INDUSTRIAL TRUCK INC**
**P.O. BOX 845534**
**Boston, MA 02284-5534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,537.29 |
|---|---|---|---|

**NOTHUM MANUFACTURING CO. INC.**
**1368 E. KINGSLEY STREET**
**STE C**
**Springfield, MO 65804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,147.25 |
|---|---|---|---|

**NRC EAST ENVIRONMENTAL**
**SERVICES, INC**
**19 NATIONAL DRIVE**
**Franklin, MA 02038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136,158.29 |
|---|---|---|---|

**NSDJ REAL ESTATE, LLC**
**613 PLEASANT STREET**
**East Weymouth, MA 02189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,102.09 |
|---|---|---|---|

**NU PRODUCTS SEASONING CO.**
**20 POTASH ROAD**
**Oakland, NJ 07436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.60 |
|---|---|---|---|

**NWD INCORPORATED**
**100 DUCHAINE BOULEVARD**
**P.O. BOX 50821**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,716.26 |
|---|---|---|---|

**OCEAN EXPRESS LLC**
**60 MEAD STREET**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $529,977.04 |
|---|---|---|---|

**OCEAN INCORPORATION LIMITED**
**TUNG CHE COMM CENTRE**
**ROOM 2308**
**246 DES VOEUX ROAD WEST**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**OCEAN RIDGE CAPITAL**
**ADVISORS, LLC**
**56 HARRISON ST., SUITE 203A**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,801.00 |
|---|---|---|---|

**OCEAN STAR DEVELOPMENT INC**
**15/B-15/F CHEUK NANG PLAZA**
**250 HENNESSY ROAD**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,837.49** |
|---|---|---|---|

**ONE KONDELIN ROAD, LLC**
**C/O STAVROS AGGANIS**
**394 LINCOLN AVENUE**
**Saugus, MA 01906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,209.35** |
|---|---|---|---|

**OOCL**
**4782 PAYSPHERE CIRCLE**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,745.60** |
|---|---|---|---|

**ORNUA INGREDIENTS NA**
**n7630 COUNTY HIGHWAY BB**
**Hilbert, WI 54129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.26** |
|---|---|---|---|

**OT Deliveries**
**4 Briarcliff Dr**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$566.20** |
|---|---|---|---|

**PATRIOT PLASTICS, INC.**
**16 FOWLE STREET**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,274.25** |
|---|---|---|---|

**PEARCE PROCESSING SYSTEMS, INC**
**P.O. BOX 386**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.90** |
|---|---|---|---|

**PERISHABLE SALES INC.**
**165 HANSON COURT**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,943.04**

**POLA MINERALS LTD**
**FACTORY ROAD**
**BLAYDON ON TYNE**
**TYNE & WEAR NE215SA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**PQ SYSTEMS**
**P.O. BOX 750010**
**Dayton, OH 45475-0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,149.25**

**PREFERRED CHICAGO III, LLC**
**2357 S. WOOD STREET**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237.15**

**PREFERRED FREEZER ATLANTA WEST**
**737 DOUGLAS HILL ROAD**
**Lithia Springs, GA 30122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**PREFERRED FREEZER SERVICES LLC**
**536 FAYETTE STREET**
**Perth Amboy, NJ 08861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,967.00**

**PREMIER SALES SOLUTIONS - WEST**
**PO BOX 776111**
**Chicago, IL 60677-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,810.75**

**PREVARE LLC**
**100 CUMMINGS CENTER**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$346.96** |
|---|---|---|---|

**PROTECTION ONE**
**P.O BOX 219044**
**Kansas City, MO 64121-9044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280,000.00** |
|---|---|---|---|

**PT Bumi Menara Interusa**
**Kurt Olson**
**Olson & Olson P.A.**
**500 Federal Street**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,799.00** |
|---|---|---|---|

**PV TRANSPORT INC**
**ATT: ACCOUNTS RECEIVABLE**
**P.O. BOX 900**
**Hatfield, PA 19440-0900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**PYRAMID TRANSPORT INC**
**18119 SUSSEX HIGHWAY, UNIT 2**
**Bridgeville, DE 19933**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**QUADRANT HEALTH SERVICES, INC**
**500 CUMMINGS CENTER S-4350**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$418.15** |
|---|---|---|---|

**R. JAY & ASSOCIATES**
**PO BOX 390**
**WEEDSPORT, NY 13116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$314.53** |
|---|---|---|---|

**READY REFRESH BY NESTLE**
**A DIVISION OF NESTLE WATERS**
**NORTH AMERICA INC.**
**P.O. BOX 856192**
**Louisville, KY 40285-6192**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,958.13 |
|---|---|---|---|
| | **RECONSERVE OF NEW JERSEY, INC**<br>**26607 NETWORK PLACE**<br>**Chicago, IL 60673-1266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,330.00 |
|---|---|---|---|
| | **REDDY RAW**<br>**1 ETHEL BLVD**<br>**Wood Ridge, NJ 07075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96,600.00 |
|---|---|---|---|
| | **REGAL SPRINGS TRADING CO**<br>**PO BOX 850001 - FRESH FISH**<br>**Orlando, FL 32885-0183** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,086.83 |
|---|---|---|---|
| | **RIPTIDE FOODS**<br>**32980 ALVARADO NILES RD.**<br>**SUITE 810**<br>**Union City, CA 94587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,337.09 |
|---|---|---|---|
| | **ROD INTERNATIONAL**<br>**5701 S. EASTERN AVENUE**<br>**SUITE 245**<br>**Los Angeles, CA 90040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | **RONALD POTORSKI**<br>**15 NICKERSON ROAD**<br>**Peabody, MA 01960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,643.24 |
|---|---|---|---|
| | **S.BERTRAM INC.**<br>**3401 TREMLEY POINT ROAD**<br>**Linden, NJ 07036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.00 |
|---|---|---|---|

**SCHERZER & ASSOCIATES**
**8801 BALLENTINE ST**
**SUITE 100**
**Overland Park, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,914.09 |
|---|---|---|---|

**SCOTT ENERGY CO. INC.**
**P.O. BOX 1429**
**Gloucester, MA 01931-1429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,333.33 |
|---|---|---|---|

**SEAFAX**
**P.O. BOX 15340**
**Portland, ME 04112-5340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Second Floor clearning**
**Second floor clearing for week ending 4/**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,078.18 |
|---|---|---|---|

**SHANKLIN CORPORATION**
**P.O.BOX 406735**
**Atlanta, GA 30384-6735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.20 |
|---|---|---|---|

**SHS LLC**
**TY PAZIAN**
**11025 BLANCHARD RD**
**Holland, NY 14080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,612.50 |
|---|---|---|---|

**SIEGEL EGG COMPANY**
**SIEGEL EGG COMPANY**
**90 SALEM ROAD**
**North Billerica, MA 01862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.183** | Nonpriority creditor's name and mailing address
**SILVA BROS. PLUMBING & HEATING INC.**
**10 CLEVELAND PLACE**
**Gloucester, MA 01930**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,071.78**

---

**3.184** | Nonpriority creditor's name and mailing address
**SOMMER MAID CREAMERY**
**6069 KELLERS CHURCH ROAD**
**PIPERSVILLE, PA 18901**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,922.11**

---

**3.185** | Nonpriority creditor's name and mailing address
**SPEEDWAY WELDING SUPPLY**
**160 COUNTY ROAD**
**Gloucester, MA 01930**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$175.32**

---

**3.186** | Nonpriority creditor's name and mailing address
**SPIRIT TRANSPORT**
**6 BARNES CIRCLE**
**Salem, MA 01970**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,658.04**

---

**3.187** | Nonpriority creditor's name and mailing address
**SPIRIT TRANSPORT INC.**
**6 BARNES CIRCLE**
**Salem, MA 01970**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,020.29**

---

**3.188** | Nonpriority creditor's name and mailing address
**SPRINT SOLUTIONS INC.**
**P.O. BOX 54977**
**Los Angeles, CA 90054-0977**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.31**

---

**3.189** | Nonpriority creditor's name and mailing address
**SSG ADVISORS, LLC**
**300 BARR HARBOR DRIVE,**
**5 TOWER BRIDGE, SUITE 420**
**WEST CONSHOHOCKEN, PA 19428**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$70,000.00**

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,720.23 |
|---|---|---|---|

**STAPLES ADVANTAGE**
**DEPT BOS**
**P.O. BOX 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**STATE OF VERMONT**
**VERMONT AGENCY OF NATURAL**
**RESOURCES**
**1 NATIONAL LIFE DRIVE, MAIN 2**
**Montpelier, VT 05620-3521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,584.24 |
|---|---|---|---|

**STEWART-HUNT, INC**
**P.O. BOX 227**
**Portland, ME 04112-0227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,131.23 |
|---|---|---|---|

**STROZ FRIEDBERG, LLC**
**32 AVENUE OF THE AMERICAS**
**4TH FLOOR**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,645.00 |
|---|---|---|---|

**SUNNYVALE SEAFOOD**
**2910 FABER ST**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,102.44 |
|---|---|---|---|

**T. HASEGAWA USA INC**
**14017 E. 183RD STREET**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**TALLY'S**
**2 WASHINGTON STREET**
**Gloucester, MA 01930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.197**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,147.37 |
|---|---|---|
| **THE NIELSEN COMPANY**<br>P.O. BOX 88956<br>Chicago, IL 60695-8956 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.198**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,580.00 |
|---|---|---|
| **THE WESTIN BOSTON WATERFRONT**<br>425 SUMMER ST<br>Boston, MA 02210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,570.09 |
|---|---|---|
| **TOTAL QUALITY LOGISTICS**<br>P.O. BOX 634558<br>Cincinnati, OH 45263-4558 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,008.00 |
|---|---|---|
| **TOTAL QUALITY LOGISTICS, INC**<br>P.O. BOX 634558<br>Cincinnati, OH 45263-4558 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.64 |
|---|---|---|
| **TRUCKCOURIER, INC.**<br>P.O. BOX 2760<br>52 DRAGON COURT<br>Woburn, MA 01888 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $808.11 |
|---|---|---|
| **ULTRASOURCE LLC**<br>1414 WEST 29TH STREET<br>Kansas City, MO 64108-3604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255,884.43 |
|---|---|---|
| **UNITED STATES TREASURY**<br>**INTERNAL REVENUE SERVICE**<br>Cincinnati, OH 45999-0039 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor | **National Fish and Seafood Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,424.90** |
|---|---|---|---|

**UNIVERSAL POULTRY PRODUCTS**
**25 COLPITTS RD**
**P.O. BOX 135**
**Weston, MA 02493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,636.00** |
|---|---|---|---|

**URNER BARRY PUBLICATIONS, INC**
**P.O. BOX 389**
**Toms River, NJ 08754-0389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,853.90** |
|---|---|---|---|

**USI INSURANCE SERVICES LLC**
**P.O. BOX 62937**
**Virginia Beach, VA 23466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.78** |
|---|---|---|---|

**VERIZON NY**
**P.O. BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,518.38** |
|---|---|---|---|

**VERSACOLD LOGISICS**
**P.O. BOX 6428**
**STATION TERMINAL**
**VANCOUVER, BC V6B6R3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,963.02** |
|---|---|---|---|

**VERSACOLD LOGISTIC SERVICES UL**
**P.O. BOX 6428**
**STATION TERMINAL**
**VANCOUVER, BC V6B6R3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617.68** |
|---|---|---|---|

**W. B. MASON CO., INC.**
**P.O. BOX 981101**
**Boston, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457.69 |
|---|---|---|---|

**WASTE MANAGEMENT
OF MASSACHUSETTS**
P.O. BOX 13648
Philadelphia, PA 19101-3648

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,980.62 |
|---|---|---|---|

**WELLS FARGO EQUIPMENT FINANCE
MANUFACTURER SERVICES GROUP**
P.O. BOX 7777
San Francisco, CA 94120-7777

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,028.30 |
|---|---|---|---|

**WESTROCK COMPANY OF CANADA INC**
433, 2 E AVENUE
SAINT MARIE, QUEBEC
G6E 3H2
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.68 |
|---|---|---|---|

**WILCOX MARKETING, INC.**
701 EDGEWOOD ROAD
PO BOX 1019
Wilkesboro, NC 28697

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,726.64 |
|---|---|---|---|

**WILLIAMSON NEW ENGLAND**
P.O. BOX 6265
Chelsea, MA 02150

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,634.32 |
|---|---|---|---|

**WIND RIVER ENVIRONMENTAL, LLC**
46 LIZOTTE DR SUITE 1000\line
Marlborough, MA 01752

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,480.50 |
|---|---|---|---|

**WORLDWIDE EXPRESS**
PO BOX 21272
New York, NY 10087

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Fish and Seafood Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.81 |
|---|---|---|---|

**WS PACKAGING GROUP**
**7500 INDUSTRIAL ROW DRIVE**
**Mason, OH 45040-1307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.41 |
|---|---|---|---|

**ZEP MANUFACTURING COMPANY**
**P.O. BOX 3338**
**Boston, MA 02241-3338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,204.00 |
|---|---|---|---|

**ZHOU INTERNATIONAL CORP**
**4200 FACTONIA BLVD SE**
**SUITE B11**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Crustrade PTE LTD**<br>**101 Cecil Street**<br>**#10-01 Tong East Building**<br>**Singapore 069533** | Line  **3.47**<br><br>☐  Not listed. Explain ____ | __ |
| 4.2 | **Howard Rosenberg**<br>**Kreinces & Rosenberg, P.C.**<br>**900 Merchants Concourse, Suite 305**<br>**Westbury, NY 11590** | Line  **3.67**<br><br>☐  Not listed. Explain ____ | __ |
| 4.3 | **McCarthy Burgess & Wolf**<br>**c/o Teri Scharf**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | Line  **3.188**<br><br>☐  Not listed. Explain ____ | __ |
| 4.4 | **PT Bumi Menara Internusa**<br>**Jalan Margomulyo 4E**<br>**Surabaya, East Java 60187**<br>**Indonesia** | Line  **3.163**<br><br>☐  Not listed. Explain ____ | __ |
| 4.5 | **U.S. Customs and Border Protection**<br>**1300 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20229** | Line  **2.34**<br><br>☐  Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

| Debtor | **National Fish and Seafood Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 7,363,885.29 |
| **5b. Total claims from Part 2** | 5b. + | $ | 8,988,149.11 |
| **5c. Total of Parts 1 and 2** | 5c. | $ | 16,352,034.40 |
| Lines 5a + 5b = 5c. | | | |

**Fill in this information to identify the case:**

Debtor name    **National Fish and Seafood Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Truck Lease dated October 18, 2018** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Abel Womack**<br>**One International Way**<br>**Lawrence, MA 01843** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Master Lease Agreement dated January 18, 2018** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Abel Womack**<br>**One International Way**<br>**Lawrence, MA 01843** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe Creative Cloud Subscription dated December 31, 2018** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Adobe Inc.**<br>**345 Park Avenue**<br>**San Jose, CA 95110-2704** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchase Agreement with ALDI Corporate Buying dated November 8, 2012** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALDI, Inc.**<br>**1200 North Kirk Road**<br>**Batavia, IL 60510-1477** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **National Fish and Seafood Inc.**

| First Name | Middle Name | Last Name |

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Purchasing Contract dated as of June 7, 2018** | |
|---|---|---|---|
| | State the term remaining | | **ALDI, Inc.** |
| | List the contract number of any government contract | | **1200 North Kirk Road Batavia, IL 60510-1477** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services letter dated January 15, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Alpha Chemical Services** |
| | List the contract number of any government contract | | **46 Morton Street Stoughton, MA 02072** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Salary Increase Letter dated August 15, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Andrew Marenghi** |
| | List the contract number of any government contract | | **8 Columbia Road Beverly, MA 01915** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Multiple purchase orders nos. 276988, 276989, 277793-97. 277794. 277797, 277797** | |
|---|---|---|---|
| | State the term remaining | | **Arrow Paper Corp.** |
| | List the contract number of any government contract | | **228 Andover Street Wilmington, MA 01887** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Barry Shindler** |
| | List the contract number of any government contract | | **Five Star Kosher 1085 East 3rd Street Brooklyn, NY 11230** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment of Developments, Non-Disclosure, Non-Competition and Non-Solicitation Agreement dated August 10, 2018** | |
|---|---|---|---|
| | | | **Benjamin Schwartz 112 Mount Pleasant Street Gloucester, MA 01930** |

Debtor 1    **National Fish and Seafood Inc.**                                          Case number *(if known)*
        First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Preferred Vendor Agreement dated July 1, 2011** | |
|---|---|---|---|
| | State the term remaining | | **C&S Wholesale Grocers, Inc.** |
| | List the contract number of any government contract | | **7 Corporate Drive** |
| | | | **Keene, NH 03431** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Crossroads Program Agreement dated September 26, 2012** | |
|---|---|---|---|
| | State the term remaining | | **C&S Wholesale Grocers, Inc.** |
| | List the contract number of any government contract | | **7 Corporate Drive** |
| | | | **Keene, NH 03431** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated as of October 2, 2012** | |
|---|---|---|---|
| | State the term remaining | | **C&S Wholesale Grocers, Inc.** |
| | List the contract number of any government contract | | **7 Corporate Drive** |
| | | | **Keene, NH 03431** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Products and Services Agreement dated February 1, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Cascade Water Services** |
| | List the contract number of any government contract | | **113 Bloomingdale Road** |
| | | | **Hicksville, NY 11801** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated January 22, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Cascade Water Services** |
| | List the contract number of any government contract | | **113 Bloomingdale Road** |
| | | | **Hicksville, NY 11801** |

Debtor 1   **National Fish and Seafood Inc.**
First Name          Middle Name          Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract #292932 dated July 5, 2018 | |
|---|---|---|---|
| | State the term remaining | | Catania Oils |
| | List the contract number of any government contract | | 3 Nemco Way<br>Ayer, MA 01432-0227 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract #296092 dated September 5, 2018 | |
|---|---|---|---|
| | State the term remaining | | Catania Oils |
| | List the contract number of any government contract | | 3 Nemco Way<br>Ayer, MA 01432-0227 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract #299013 dated October 29, 2018 | |
|---|---|---|---|
| | State the term remaining | | Catania Oils |
| | List the contract number of any government contract | | 3 Nemco Way<br>Ayer, MA 01432-0227 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract #299468 dated November 6, 2018 | |
|---|---|---|---|
| | State the term remaining | | Catania Oils |
| | List the contract number of any government contract | | 3 Nemco Way<br>Ayer, MA 01432-0227 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract #299484 dated November 6, 2018 | |
|---|---|---|---|
| | State the term remaining | | Catania Oils |
| | List the contract number of any government contract | | 3 Nemco Way<br>Ayer, MA 01432-0227 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Planned Maitenance Service Agreement dated September 19, 2018 | |
|---|---|---|---|
| | State the term remaining | | Crown Equipment Corporation |
| | List the contract number of any | | P.O. Box 641173<br>Cincinnati, OH 45264-1173 |

| Debtor 1 | **National Fish and Seafood Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Closed End Motor Vehicle Lease Agreement dated June 4, 2016** | |
|---|---|---|---|
| | State the term remaining | | **Danvers-T, Inc.** |
| | List the contract number of any government contract | | **998 Andover Street** |
| | | | **Danvers, MA 01923** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality and Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dr. Praeger's Purely Sensible Foods Inc.** |
| | List the contract number of any government contract | | **9 Boumar Place** |
| | | | **Elmwood Park, NJ 07407** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Services Agreement dated August 3, 2018** | |
|---|---|---|---|
| | State the term remaining | | **E.D.A. Inc.** |
| | List the contract number of any government contract | | **P.O. Box 328** |
| | | | **Mansfield, MA 02048** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order 10070 dated April 10, 2018** | |
|---|---|---|---|
| | State the term remaining | | **EBP Supply Solutions Inc.** |
| | List the contract number of any government contract | | **200 Research Drive** |
| | | | **Milford, CT 06460** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Integrated Pest Prevention Program Agreement dated July 2, 2018** | |
|---|---|---|---|
| | State the term remaining | | **General Environmental Services, Inc.** |
| | List the contract number of any government contract | | **930R Eastern Avenue** |
| | | | **Malden, MA 02148** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Mutual Confidentiality and Non-Disclosure Agreement dated April 25, 2007** | **Gortons Inc.** |
|---|---|---|---|
| | | | **128 Rogers Street** |
| | | | **Gloucester, MA 01930** |

| Debtor 1 | **National Fish and Seafood Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Terms and Conditions dated January 24, 2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gortons Inc.**<br>**128 Rogers Street**<br>**Gloucester, MA 01930** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality Agreement dated April 27, 2008** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gortons Inc.**<br>**128 Rogers Street**<br>**Gloucester, MA 01930** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated February 8, 2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gortons Inc.**<br>**128 Rogers Street**<br>**Gloucester, MA 01930** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract No. 061518-5; dated June 15, 2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grasso Foods Inc.**<br>**9 Ogden Road**<br>**Swedesboro, NJ 08085** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract No. 071117-1; dated July 11, 2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grasso Foods Inc.**<br>**9 Ogden Road**<br>**Swedesboro, NJ 08085** |

Debtor 1    **National Fish and Seafood Inc.**                                                              Case number (*if known*)
　　　　　　　First Name　　　Middle Name　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract No. 061518-5 dated July 15, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Grasso Foods Inc.** |
| | List the contract number of any government contract | | **9 Ogden Road** **Swedesboro, NJ 08085** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Nos. 10060, 10078, 10079, 10080, 10081, 10083, 10094, and 10095** | |
|---|---|---|---|
| | State the term remaining | | **Hub Folding Box Co., Inc.** |
| | List the contract number of any government contract | | **774 Norfolk Street** **Mansfield, MA 02048** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Nos. 10073, 10077, 10086, and 10093** | |
|---|---|---|---|
| | State the term remaining | | **Innovative Plastics Corp.** |
| | List the contract number of any government contract | | **400 NY-303** **Orangeburg, NY 10962** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated July 1, 2018** | |
|---|---|---|---|
| | State the term remaining | | **J.R.M. Hauling & Recycling** |
| | List the contract number of any government contract | | **265 Newbury Street** **Peabody, MA 01960-1315** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Salary Increase Letter dated August 15, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Jason Brown** |
| | List the contract number of any government contract | | **155 Washington Street** **Salem, MA 01970** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for approximately 13,312 sq. ft. of office space located on the second level of 11-15 Parker Street, Gloucester, MA** | |
|---|---|---|---|
| | State the term remaining | | **JIMARY Land Trust LLC** **P.O. Box 206** **Gloucester, MA 01930** |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases                    Page  7 of 10

Debtor 1   **National Fish and Seafood Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|
| **2.39.** | State what the contract or lease is for and the nature of the debtor's interest | **Assignment of Developments, Non-Disclosure, Non-Competition and Non-Solicitation Agreement dated June 30, 2018** | |
| | State the term remaining | | **Lauren Satterfield** |
| | List the contract number of any government contract | | **13 Homestead Ct.** **Saint Charles, MO 63303** |
| **2.40.** | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement dated November 11, 2012** | |
| | State the term remaining | | **Mac Acquisition L.L.C.** |
| | List the contract number of any government contract | | **6820 LBJ Freeway** **Dallas, TX 75240** |
| **2.41.** | State what the contract or lease is for and the nature of the debtor's interest | **Volume Commitment and Pricing Contract dated December 17, 2018** | |
| | State the term remaining | | **Newly Weds Foods** |
| | List the contract number of any government contract | | **4140 W. Fulerton Avenue** **Chicago, IL 60639** |
| **2.42.** | State what the contract or lease is for and the nature of the debtor's interest | **Volume Commitment and Pricing Contract dated Dece,ber 17, 2018** | |
| | State the term remaining | | **Newly Weds Foods** |
| | List the contract number of any government contract | | **4140 W. Fulerton Avenue** **Chicago, IL 60639** |
| **2.43.** | State what the contract or lease is for and the nature of the debtor's interest | **Scheduled Maintenance Service Agreement dated February 14, 2018** | |
| | State the term remaining | | **Nitco Fleet Services** **c/o Northland Indus. Truck Co., Inc.** |
| | List the contract number of any government contract | | **6 Jonspin Road** **Wilmington, MA 01887** |

Debtor 1  **National Fish and Seafood Inc.**

| First Name | Middle Name | Last Name |

Case number (*if known*) _____

███ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**2.44.** State what the contract or lease is for and the nature of the debtor's interest

**Rental Agreement dated October 24, 2011**

State the term remaining

List the contract number of any government contract

**North Shore Mini Storage, Inc.
444 Essex Avenue
Gloucester, MA 01930**

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for approximately 171,992 sq. ft. of space in the warehouse buildings located at 159 East Main Street, Gloucester, MA.**

State the term remaining

List the contract number of any government contract

**NSDJ Real Estate LLC
613 Pleasant Street
East Weymouth, MA 02189**

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for approximately 49,000 sq. ft. of industrial space within the premises located at 1 Kondelin Road, Gloucester, MA**

State the term remaining

List the contract number of any government contract

**One Kondelin Road Realty Trust
c/o Stavros Agganis
394 Lincoln Avenue
Saugus, MA 01906**

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order No. 10089 dated October 19, 2018**

State the term remaining

List the contract number of any government contract

**Oxford Graphics LLC
P.O. Box 1000
Dept. #00014
Memphis, TN 38148-8011**

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Master Lease Agreement dated April 5, 2018**

State the term remaining

List the contract number of any government contract

**Raymond Leasing Corporation
22 South Canal Street
Greene, NY 13778**

**Schedule G: Executory Contracts and Unexpired Leases**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **National Fish and Seafood Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Leases on one Toyota Tundra and one Toyota RAV4** | |
|---|---|---|---|
| | State the term remaining | | **Toyota Financial Services P.O. Box 22202 Owings Mills, MD 21117-1397** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Volume Rebate Letter Agreement dated February 9, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Unicorr Packaging Group 455 Sackett Point Road North Haven, CT 06473** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Online Supplier Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Walmart Inc.** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Single Sided Lease Agreement dated February 5, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Bank N.A. 300 Tri-State International Suite 400 Lincolnshire, IL 60069** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement dated March 1, 2018; No. 301-0345835-002** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Equipment Finance 300 Tri-State International Suite 400 Lincolnshire, IL 60069** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**National Fish and Seafood Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jack Arthur Ventola (97550038)** | **FMC Devens Federal Medical Center, Satellite Camp P.O. Box 879 Ayer, MA 01432** | **Cooperative Rabobank U.A., Hong Kong** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 **National Fish & Seafood Limited** | **32/F Hong Kong Plaza 188 Connaught Road West Hong Kong** | **Cooperative Rabobank U.A., Hong Kong** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Pacific Andes International Holdings** | **32/F Hong Kong Plaza 188 Connaught Road West Hong Kong** | **Cooperative Rabobank U.A., Hong Kong** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |