**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | |
|---|---|
| In re | Chapter 7 |
| National Fish and Seafood, Inc. | Case No. 19-11824-FJB |
| Debtor. | |

**_[PROPOSED]_ ORDER GRANTING REGARDING RELIEF FROM THE AUTOMATIC STAY AND AUTHORIZING PAYMENT OF DEFENSE COSTS**

Upon consideration of the Motion for Relief from Stay of Former Directors and Officers of the Debtor Authorizing the Payment and/or Advancement of Defense Costs under the Debtor's Directors and Officers Liability Inusrance Policy, and related briefing, and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. Relief from the automatic stay imposed by operation of Section 362 of title 11 of the United States Code, to the extent it applies, is granted to permit Hiscox Insurance Company, Inc., pursuant to the terms of Policy No. UVA1809160.17 (the "Policy"), to advance all Defense Costs (as that term is defined in the Policy) incurred by and to be incurred by Defendants Todd Provost, Michael Bruno, and Jack Ventola in connection with matters relating to the Adversary Proceeding (<u>John O. Desmond, Chapter 7 Trustee for National Fish & Seafood, Inc. v. Ng Joo Puay, Ng Puay Ye, Ng Joo Kwee, Ng Joo Siang, Michael Bruno, Todd Provost and Jack Ventola</u>, Docket No. 20-01048), without need for further Order of or application to this Court.

2. Nothing in this Order shall modify the rights or obligations of any party with regard to the terms and conditions of the Policy.

       3.       The fourteen (14) day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

       4.       This Court retains jurisdiction with respect to all matters arising from or related to the implementation of the Stipulation and this Order.

       5.       The Court grants this order *nunc pro tunc* to the date of the filing of the Adversary Proceeding, *to wit*, April 9, 2020.

Dated: _____                               _____

                                                                                  United States Bankruptcy Judge