

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> NATIONAL FISH AND SEAFOOD INC., <br>    Debtor | Ch. 7 <br> 19-11824-FJB |

### Proceeding Memorandum and Order

**MATTER:**
Telephonic Hearing:
#144 Motion filed by Interested Party Todd Provost, Defendants Michael Bruno, Jack Ventola for Relief from Stay Re: Entry of an Order Authorizing the Payment and/or Advancement of Defense Costs under the Debtor's D&O Policy with certificate of service and proposed order  (Foster, Joseph)
#149 Objection filed by Trustee John O. Desmond  (Horne, Jonathan)

**Decision set forth more fully as follows:**
Telephonic Hearing held on 2/2/2021.

Dated: 2/26/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge