

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> NATIONAL FISH AND SEAFOOD INC., <br>   Debtor | Ch. 7 <br> 19-11824-FJB |

**Order**

No objection having been filed, and good cause having been stated, the settlement stipulation is hereby approved. On or before October 12, 2021, the Parties shall file in Adversary Proceeding No. 20-01048 either the stipulation of dismissal contemplated by their settlement stipulation or a joint status report. The hearing scheduled for August 31, 2021 is hereby canceled as unnecessary.

Dated: 8/25/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge