

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> NATIONAL FISH AND SEAFOOD INC., <br>     Debtor | Ch. 7 <br> 19-11824-FJB |

### Order

**MATTER:**

#226 Motion filed by Trustee John O. Desmond to Approve Compromise Under Rule 9019.

No objection having been filed, and good cause having been stated, the proposed compromise is hereby approved. On or before September 28, 2021, the parties shall file in Adversary Proceeding No. 21-1062 either the stipulation of dismissal contemplated by the approved settlement or a joint status report.

The 9/15/2021 hearing on this motion is hereby canceled as unnecessary.

Dated: 9/7/2021

By the Court,

Frank J. Bailey
United States Bankruptcy Judge